# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HAPPY TAX FRANCHISING, LLC, et al.,<br><br>**Plaintiffs,**<br><br>v.<br><br>**JAMES HILL,** *et al.*,<br><br>**Defendants.** | CASE NO. 19-24539-CIV-MORENO |

**AFFIDAVIT OF MELISSA SALYER IN SUPPORT OF HER MOTION TO DISMISS SECOND AMENDED COMPLAINT OF HAPPY TAX FRANCHISING, LLC AND MARIO COSTANZ FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

STATE OF VIRGINIA            )
                             ) ss.
COUNTY OF VIRGINIA BEACH     )

Melissa Salyer, being duly sworn according to law, deposes and says:

1) My name is Melissa Salyer. I am a named defendant in the second amended complaint (the "Complaint") of Happy Tax Franchising, LLC ("Happy Tax") and Mario Costanz (together with Happy Tax, the Plaintiffs").

2) I make this affidavit in support of my motion to dismiss the Complaint. The facts set forth in this Affidavit are based on my personal knowledge.

3) I live at 2405 Mathews Green Road, Virginia Beach, VA 23456. I moved to Virginia in 1983 and have lived there ever since.

4) I formerly was the Executive Vice President of Business Development for Happy Tax before I resigned effective September 20, 2019. During my entire tenure with Happy Tax, I lived in Virginia.

5) During my tenure at Happy Tax, the company had no staffed office in Florida and,

instead, rented a WeWork space in Florida as a mail drop.

6) Happy Tax corporate meetings were conducted in Virginia during my tenure with the company.

7) While an employee of Happy Tax, my duties did not otherwise require me to work in the State of Florida.

8) During my tenure at Happy Tax, the electronic files of the company were not maintained in Florida nor were its computer servers.

9) During my tenure at Happy Tax, the company's email account was hosted by Gmail, an email service owned by Google, a company with its main corporate offices in California.

10) My current business, Franchise Discovery, LLC, is a Virginia company and has an office in Virginia only.

11) Franchise Discovery is a service provider akin to a broker who matches potential franchisees with franchisors.

12) Franchise Discovery is not a tax return preparation company.

13) Franchise Discovery has brokered no deals with a Florida resident.

14) The franchise expo referred to in the Complaint was conducted entirely virtually (on line), and there were no simultaneous presentations or activities at any physical location.

15) Monica Poirier, referred to in the Complaint, is a resident of Walpole, Massachusetts.

16) I emailed materials to Ms. Poirier at an email address that was captured on my cell phone when she previously emailed me using her personal email address, which address was captured and saved in my phone contacts.

2

17) My daughter's father lives in Key West, Florida and I used to visit Key West for the summer season before my divorce and before I began working for Happy Tax.

18) I used to own a small pet store in Key West, Florida, but I sold that business in 2009, and have conducted no business or business activity in Florida since.

19) I now visit Florida only for vacations and to take my daughter to visit her father, approximately once every two years.

20) I have never voted in Florida.

21) I have never held a Florida driver's license.

22) I have never owned real property in Florida.

23) I have no Florida mailing address.

I declare that the facts set forth above are true and correct to the best of my knowledge, information and belief.

EXECUTED this __21__ day of May, 2020.

_____
Melissa Salyer

On this __21__ day of __May__, 20__20__, before me a notary public, the undersigned officer, personally appeared the above named person, known to me (or satisfactory proven) to be the person whose name is subscribed to the within instrument, and acknowledged that she/he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

Stamp/Seal:

DAWN RENNE SABLE
Notary Public
Commonwealth of Virginia
Registration No. 7853707
My Commission Expires Sep 30, 2023

_____
Notary Public

3