UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-24539-CIV-MORENO**

HAPPY TAX FRANCHISING, LLC,

    Plaintiff,

vs.

THE JL HILL GROUP, LLC, and JAMEY HILL,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Defendants' Motions to Dismiss (D.E. 41, 51, 58). The Magistrate Judge filed a Report and Recommendation (**D.E. 75**) on **September 2, 2020**. The Court has reviewed the entire file and record.  The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that Defendants' Motions to Dismiss are GRANTED and the complaint is dismissed without prejudice and Defendant Melissa Salyer is dismissed for lack of personal jurisdiction. Plaintiffs shall file an Amended Complaint consistent with the Magistrate Judge's recommendations by December 15, 2020.

Plaintiffs' sole objection is that it is improper for the Court to dismiss Counts 8 and 9 under the shotgun pleading rules. These two counts incorporate 101 paragraphs, which as Judge Louis described are "ripe with overly broad and conclusory statements, as well as contradicting facts and assertions." The Court finds the incorporation of these paragraphs into each of these counts requires the Plaintiff to re-plead them. Accordingly, the Court overrules the objection.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th of November 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record