# Exhibit "1"



Oh and I also found a new candidate for Happy Tax CEO

iMessage Message received from Tricia Drago 6/15/2019 6:17:49 PM



