UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-24539-CIV-MORENO/LOUIS

HAPPY TAX FRANCHISING, LLC, *et al.*,

    Plaintiffs,

v.

JAMEY HILL et al.,

    Defendants.

_____/

## ORDER TO FILE PROOF OF SERVICE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint. Plaintiffs initially filed this action on October 4, 2019, in state court (ECF No. 1-1). The action was removed to the Southern District of Florida on November 1, 2019 (ECF No. 1). Summonses have been issued as to all Defendants (*see* ECF No. 26), but there is no evidence that service has been perfected on Defendant Chad Greene. Accordingly, it is **ORDERED AND ADJUDGED** that, within **seven (7) days**, Plaintiffs shall file proof of such service upon Defendant Chad Greene with the Court. Failure to file proof of service of the complaint on Defendant Chad Greene by the stated deadline may result in dismissal of all claims against Defendant Chad Greene without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida this 22nd day of January, 2021.

_____
LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE