# Jeffrey M. Berman

| | |
|---|---|
| **From:** | WSP Server <DBSServer@dbsinfo.net> on behalf of Caplan,Caplan and Caplan Process Servers <caplanupdates@caplanandcaplan.com> |
| **Sent:** | Wednesday, November 6, 2019 1:47 PM |
| **To:** | Jeffrey M. Berman |
| **Subject:** | CPN Status on  (GREENE, CHAD) |

To: JEFFREY M. BERMAN
    JEFFREY M. BERMAN, P.A.

This is an automated message relating to:

   **Our Job Number:** 2019038652
   **Your Reference Number:**
   **Party To Be Served:** GREENE, CHAD
   **Documents To Be Served:** SUMMONS IN A CIVIL ACTION, ORDER GRANTING PLAINTIFF'S EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER, PLAINTIFF'S EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER AND INCORPORATED MEMORANDUM OF LAW, VERIFIED COMPLAINT AND EXHIBITS
   **Case Info:** Florida SOUTHERN 1:19-CV-24552-JEM
   **Case Style:** HAPPY TAX HOLDING CORP, et al., vs. JAMEY HILL, et al.,

Original Service Address: CHAD GREENE, 2235 LEWISVILLE CLEMMONS ROAD, SUITE F, CLEMMONS, NC 27012

Latest Status: 11/6/2019 1:44 pm 2235 LEWISVILLE CLEMMONS ROAD, SUITE F, CLEMMONS, NC 27012-GIVEN ADDRESS IS A VACANT, SERVER LOCATED AN ALTERNATE OF 2554 LOUISVILLE #306, CLEMMONS, NC 27012

Thank you,
Caplan,Caplan and Caplan Process Servers
caplanupdates@caplanandcaplan.com
Phone: (305) 374-3426

More detailed status is available at www.PstProStatus.net

# Jeffrey M. Berman

| | |
|---|---|
| **From:** | WSP Server <DBSServer@dbsinfo.net> on behalf of Caplan,Caplan and Caplan Process Servers <caplanupdates@caplanandcaplan.com> |
| **Sent:** | Wednesday, November 6, 2019 1:59 PM |
| **To:** | Jeffrey M. Berman |
| **Subject:** | CPN Status on  (GREENE, CHAD) |

To: JEFFREY M. BERMAN
   JEFFREY M. BERMAN, P.A.

This is an automated message relating to:

   **Our Job Number:** 2019038652
   **Your Reference Number:**
   **Party To Be Served:** GREENE, CHAD
   **Documents To Be Served:** SUMMONS IN A CIVIL ACTION, ORDER GRANTING PLAINTIFF'S EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER, PLAINTIFF'S EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER AND INCORPORATED MEMORANDUM OF LAW, VERIFIED COMPLAINT AND EXHIBITS
   **Case Info:** Florida SOUTHERN 1:19-CV-24552-JEM
   **Case Style:** HAPPY TAX HOLDING CORP, et al., vs. JAMEY HILL, et al.,

Original Service Address: CHAD GREENE, 2235 LEWISVILLE CLEMMONS ROAD, SUITE F, CLEMMONS, NC 27012

Latest Status: 11/6/2019 1:54 pm CORRECTIONS ALTERNATE ADDRESS IS ALSO BAD ADDRESS NEED A HOME ADDRESS

Thank you,
Caplan,Caplan and Caplan Process Servers
caplanupdates@caplanandcaplan.com
Phone: (305) 374-3426

More detailed status is available at www.PstProStatus.net