**Jeffrey M. Berman**

| | |
|---|---|
| **From:** | Chad Greene <chad@greenecocpas.com> |
| **Sent:** | Monday, December 9, 2019 6:34 PM |
| **To:** | kerry.brennan@brennanlawpllc.com; lsimpson@shutts.com; awasch@waschraines.com; Kasey A. Feltner; Montecalvo, Michael; Jeffrey M. Berman |
| **Subject:** | Re: Happy Tax Holding Corp. et al v. Hill et al, 19-cv-24552 |

I can be available for any of those times but just need advance notice to block off my schedule.  Thank you.

Get Outlook for Android

---

**From:** Jeffrey M. Berman <jeff@jmbermanlaw.com>
**Sent:** Monday, December 9, 2019 5:55:47 PM
**To:** kerry.brennan@brennanlawpllc.com <kerry.brennan@brennanlawpllc.com>; lsimpson@shutts.com
<lsimpson@shutts.com>; awasch@waschraines.com <awasch@waschraines.com>; Kasey A. Feltner
<KFeltner@shutts.com>; Montecalvo, Michael <Michael.Montecalvo@wbd-us.com>
**Cc:** chad@greenecocpas.com <chad@greenecocpas.com>
**Subject:** RE: Happy Tax Holding Corp. et al v. Hill et al, 19-cv-24552

Counsel and Mr. Greene,

Good evening, I hope everyone is doing well.  In follow up to the Court's email below, we
are available to attend a status conference at any of the dates/times listed below.  Please
let us know your available so we can advise the Court.

Thanks, all the best.



**JEFFREY M. BERMAN, P.A.**
1722 Sheridan Street No. 225
Hollywood, Florida 33020
t    305.834.4150
f    305.832.0145
m   305.890.7024

---

**From:** FLSDdb_efile Louis <Louis@flsd.uscourts.gov>
**Sent:** Monday, December 9, 2019 5:36 PM
**To:** kerry.brennan@brennanlawpllc.com; Jeffrey M. Berman <jeff@jmbermanlaw.com>; lsimpson@shutts.com;
awasch@waschraines.com
**Subject:** Happy Tax Holding Corp. et al v. Hill et al, 19-cv-24552

Counsel,

The Court intends to hold a status conference in this matter. Please confer and advise if counsel is available to appear at the status conference at **3 PM, on December 10, 2019, or between 9 AM – 12 PM or 1:00 – 3 PM on December 11, 2019**. Additionally, please forward this email to Mr. Chad Greene, who may appear telephonically, and copy him in the response to this correspondence.

Thank you.

Andrea Guzman
Law Clerk to the Honorable Lauren Fleischer Louis
United States District Court
Southern District of Florida
(305) 523-5712
andrea_guzman@flsd.uscourts.gov