# Jeffrey M. Berman

| | |
|---|---|
| **From:** | Chad Greene <chad@greenecocpas.com> |
| **Sent:** | Tuesday, December 10, 2019 10:09 AM |
| **To:** | Jeffrey M. Berman |
| **Subject:** | Re: Happy Tax Holding Corp. et al v. Hill et al, 19-cv-24552 |

Thanks will do.

Get Outlook for Android

---

**From:** Jeffrey M. Berman <jeff@jmbermanlaw.com>
**Sent:** Tuesday, December 10, 2019 10:01:43 AM
**To:** Chad Greene <chad@greenecocpas.com>
**Subject:** RE: Happy Tax Holding Corp. et al v. Hill et al, 19-cv-24552

Mr. Greene,

Please check the judge's procedures which should be online.  Some judges require that you set up the call with CourtCall, an independent company that does the conference calling for the court.  Otherwise, I would send an email to the court's email address below and ask them.  Since you are currently pro se I believe, the court may assist you setting up a call.

Thanks, all the best.



**JEFFREY M. BERMAN, P.A.**
1722 Sheridan Street No. 225
Hollywood, Florida 33020
t     305.834.4150
f     305.832.0145
m    305.890.7024

---

**From:** Chad Greene <chad@greenecocpas.com>
**Sent:** Tuesday, December 10, 2019 9:21 AM
**To:** Jeffrey M. Berman <jeff@jmbermanlaw.com>
**Subject:** Re: Happy Tax Holding Corp. et al v. Hill et al, 19-cv-24552

Okay I will put it on my schedule. How do I call in?

Get Outlook for Android

---

**From:** Jeffrey M. Berman <jeff@jmbermanlaw.com>
**Sent:** Tuesday, December 10, 2019 9:07:18 AM
**To:** Chad Greene <chad@greenecocpas.com>
**Subject:** Fw: Happy Tax Holding Corp. et al v. Hill et al, 19-cv-24552



**From:** FLSDdb_efile Louis <Louis@flsd.uscourts.gov>
**Sent:** Tuesday, December 10, 2019 9:00 AM
**To:** Jeffrey M. Berman; kerry.brennan@brennanlawpllc.com; lsimpson@shutts.com; awasch@waschraines.com
**Subject:** RE: Happy Tax Holding Corp. et al v. Hill et al, 19-cv-24552

Counsel,

The Court will set the status conference for **December 11, 2019 at 10 AM**. Please forward a copy of this correspondence to Mr. Greene who should be copied to all communications with the Court. Thank you.

Andrea Guzman
Law Clerk to the Honorable Lauren Fleischer Louis
United States District Court
Southern District of Florida
(305) 523-5712
andrea_guzman@flsd.uscourts.gov

**From:** Jeffrey M. Berman <jeff@jmbermanlaw.com>
**Sent:** Tuesday, December 10, 2019 8:49 AM
**To:** FLSDdb_efile Louis <Louis@flsd.uscourts.gov>; kerry.brennan@brennanlawpllc.com; lsimpson@shutts.com; awasch@waschraines.com
**Subject:** Re: Happy Tax Holding Corp. et al v. Hill et al, 19-cv-24552

Ms. Guzman,

Good morning, I hope you are well. Counsel and Mr. Greene have conferred and we are all available for a status conference at 10am tomorrow.

Please let us know whether that works for the Court.  Thank you.



**From:** FLSDdb_efile Louis <Louis@flsd.uscourts.gov>
**Sent:** Monday, December 9, 2019 5:36 PM
**To:** kerry.brennan@brennanlawpllc.com; Jeffrey M. Berman; lsimpson@shutts.com; awasch@waschraines.com
**Subject:** Happy Tax Holding Corp. et al v. Hill et al, 19-cv-24552

Counsel,

The Court intends to hold a status conference in this matter. Please confer and advise if counsel is available to appear at the status conference at **3 PM, on December 10, 2019, or between 9 AM – 12 PM or 1:00 – 3 PM on December 11, 2019**. Additionally, please forward this email to Mr. Chad Greene, who may appear telephonically, and copy him in the response to this correspondence.

Thank you.

Andrea Guzman
Law Clerk to the Honorable Lauren Fleischer Louis
United States District Court
Southern District of Florida
(305) 523-5712
andrea_guzman@flsd.uscourts.gov