STATE OF: FLORIDA
SOUTHERN DISTRICT

HAPPY TAX FRANCHISING, LLC et al.      1:19-cv-24539-CIV-MORENO
**PLANTIFF**     CASE NUMBER

Vs.
JAMEY HILL, an individual,
CHAD GREENE, individually, et al.
**DEFENDANT**

## AFFIDAVIT OF DUE DILIGENCE

Requested Service: CHAD DAYTON GREENE

The undersigned herby declares and certifies the following:

That JUSTON HICKS of Agency One Investigations, Inc. attempted delivery of: SUMMONS IN A CIVIL ACTION and FIRST AMENDED COMPLAINT

in the above referenced matter. Attempts were made at the following time(s), date(s), and place(s):

1 - 3/17 6:40pm - 1008 Pinehurst Ct, Clemmons, NC - Spoke to man named Andrew Lael - rents property from Greene's ex-wife. No contact with Greene.
2 - 3/18 4:30pm - 2235 Lewisville Clemmons Rd, Clemmons, NC - Greene CPA not in office suites of 2235 address.
3 - 3/19 1:30pm - 6410 Shallowford Rd, Lewisville, NC - Sign on window for C Greene CPA. No one in office, chairs/desks/furniture still inside, no computers, lights off. Two UPS missed delivery notes on door.
4 - 3/20 2:00pm - 2554 Lewisville Clemmons Rd, Clemmons, NC - Greene CPA is not a suite in the building. 301 and 306j belong to other businesses.
5 - 3/22 12:35pm - 749 Barnsdale Road, W-S, NC - Spoke to Shannon Randall, she said Greene did not live at that address. No further information given.
6 - 3/22 12:45pm - 2858 Reynolds Drive NW, W-S, NC - No answer at door. Worn monogram doormat with letter "B."
7 - 3/22 - 1:05pm - 3053 Kensington Pl, W-S, NC - RING video doorbell, spoke to woman, no name given. Sounded older. Said not familiar with C. Greene, he does not live there.
8 - 3/22 - 1:15pm - 390 Luzelle Dr, W-S, NC - No answer, dogs barking inside. No car in driveway.
9 – 7/08 – 9:36am – 6410 Shallowford Rd, Lewisville, NC – UPS notes removed from door, otherwise condition of property unchaged. RV parked in adjacent lot.
10 – 7/09 – 4:15pm – 6410 Shallowford Rd, Lewisville, NC – Conditions unchanged. Noticed RV connected to power from main building. RV Tag is FFS-4956. Registered to H. T. of Forsyth.

I do solemnly declare and affirm this 15th day of July 2020, under penalties of perjury that the foregoing document is true and correct.

_____
Private Process Server

Sworn to and before me this the 15th day of July, 2020.

_____      08/07/2021
Notary Public     My Commission Expires

> Notary Public, North Carolina
> County of Forsyth
> Jimmy Foster
> My Commission Expires _____