**Jeffrey M. Berman**

| | |
|---|---|
| **From:** | Jeffrey M. Berman |
| **Sent:** | Tuesday, December 15, 2020 8:10 PM |
| **To:** | 'Chad Greene' |
| **Subject:** | FW: Activity in Case 1:19-cv-24539-FAM Happy Tax Franchising LLC v. The JL Hill Group LLC et al Amended Complaint/Amended Notice of Removal |
| **Attachments:** | Third Amended Complaint [D.E. 81].pdf |

Mr. Greene,

Please see the attached Third Amended Complaint just filed.  Thanks.



JEFFREY M. BERMAN, P.A.
1722 Sheridan Street No. 225
Hollywood, Florida 33020
t   305.834.4150
f   305.832.0145
m  305.890.7024

**From:** cmecfautosender@flsd.uscourts.gov <cmecfautosender@flsd.uscourts.gov>
**Sent:** Tuesday, December 15, 2020 8:06 PM
**To:** flsd_cmecf_notice@flsd.uscourts.gov
**Subject:** Activity in Case 1:19-cv-24539-FAM Happy Tax Franchising LLC v. The JL Hill Group LLC et al Amended Complaint/Amended Notice of Removal

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Florida**

**Notice of Electronic Filing**

The following transaction was entered by Berman, Jeffrey on 12/15/2020 at 8:05 PM EST and filed on 12/15/2020
**Case Name:**   Happy Tax Franchising LLC v. The JL Hill Group LLC et al
**Case Number:**   1:19-cv-24539-FAM

| | |
|---|---|
| **Filer:** | Mario Costanz |
| | Happy Tax Franchising LLC |

**Document Number:** 81

**Third AMENDED COMPLAINT against Banyan Accounting, LLC, Tricia Drago, Chad Greene, Jamey Hill, The JL Hill Group LLC, filed by Mario Costanz, Happy Tax Franchising LLC. (Attachments: # (1) Exhibit, # (2) Exhibit)(Berman, Jeffrey)**

**1:19-cv-24539-FAM Notice has been electronically mailed to:**

Adam Gruder Wasch     awasch@waschraines.com, dfinegold@waschraines.com, eservice@waschraines.com

Ellen M. McDowell     emcdowell@mcdowelllegal.com

Jeffrey Michael Berman     jeff@jmbermanlaw.com

Kasey Austin Feltner     kfeltner@shutts.com, kcolosky@shutts.com

Lonnie Lloyd Simpson     lsimpson@shutts.com, ldeleary@shutts.com, lwalter@shutts.com

**1:19-cv-24539-FAM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=12/15/2020] [FileNumber=20623086
-0] [783f2fe80c44800e2c7af9f4be667711e8107ac83d676212079b355c32e1b8910
84b3811f6efb634602a1856a85b15edb2a8d3edf46343128624d6f98bd97af2]]
**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=12/15/2020] [FileNumber=20623086
-1] [9dcf9956b848074c15a6364f0ad912600743087fb9834decbd7002ae528350847
370f2524aecd64c05ff380e6b212ee3cf14b99f7f8eadfbeb55dfc4d3da1dfd]]
**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=12/15/2020] [FileNumber=20623086
-2] [6c335052ca1b2fb82e77c8ca73c647a94ca287be6654d2619ae561918957119be
c41c113b5a7ecfedaee06e5bff1314c5263a0f1e47a4f56f056fb78b65d5a6d]]