UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 19-24539-CIV-MORENO

HAPPY TAX FRANCHISING, LLC,

    Plaintiff,

vs.

THE JL HILL GROUP, LLC, and JAMEY HILL,

    Defendants.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Plaintiffs' Motion for Alternative Service on Chad Greene, filed on **March 10, 2021**. The Magistrate Judge filed a Report and Recommendation **(D.E. 94)** on **March 30. 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections were filed and the time for doing so has now passed. Accordingly, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiffs' Motion for Alternative Service on Chad Greene is DENIED and the claims against Defendant Chad Greene are DISMISSED with prejudice for the reasons stated in the Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th of April 2021.

*[signature: Federico A. Moreno]*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record