# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-24539-CIV-MORENO/LOUIS

HAPPY TAX FRANCHISING, LLC,
a Florida limited liability company and
MARIO COSTANZ, individually,

    Plaintiffs,

vs.

JAMEY HILL, an individual,
THE J L HILL GROUP, LLC,
a Nevada limited liability company,
TRICIA DRAGO, individually
and BANYAN ACCOUNTING, LLC,
a Hawaii limited liability company,

    Defendants.
_____/

### PLAINTIFFS' UPDATED INITIAL DISCLOSURES

Plaintiffs, HAPPY TAX FRANCHISING, LLC ("**Happy Tax**") and MARIO COSTANZ (collectively, "**Plaintiffs**"), through undersigned counsel, and pursuant to Fed. R. Civ. P. 26(a), hereby submit their Updated Initial Disclosures.

### INITIAL DISCLOSURE QUALIFICATIONS

1. These Initial Disclosures are based upon information known to Plaintiffs as of the date hereof and reflect their current knowledge. These Initial Disclosures are provided without prejudice to the disclosure, identification, or production, during the course of discovery or at any other time, of individuals, information and/or documents that may be subsequently identified, discovered, or determined to be relevant or containing discoverable information Plaintiffs may use in support of their claims, or otherwise inadvertently omitted from these Initial Disclosures. Accordingly, Plaintiffs hereby expressly reserves their right to revise, amend, correct, retract, supplement and/or otherwise modify these Initial Disclosures as appropriate or necessary.

2. By identifying documents in these Initial Disclosures, Plaintiffs do not waive their right to object to the disclosure of such documents on the basis of the attorney-client privilege, the work-product doctrine, or any other applicable protection against disclosure.

3. Any document described by Plaintiffs herein is subject to all objections as to competence, relevance, materiality, propriety, and admissibility, as well as to any and all other objections on any grounds that would require the exclusion of the document or any portion thereof if such document was offered into evidence. All such objections and supporting grounds are hereby expressly reserved and may be interposed at the time of any deposition or at or before any hearing or trial in this matter.

## RULE 26 INITIAL DISCLOSURES

**26(a)(1)(A): Initial Disclosures:**

**(i)    The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

1. <u>Mario Costanz (c/o Plaintiffs' counsel)</u>:

   Mr. Costanz is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationships between Happy Tax and these Defendants, the status of the franchise relationships between Happy Tax and other Happy Tax franchisees, the terms and provisions of the various agreements between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the existence of defamatory and disparaging communications disseminated by these Defendants regarding Plaintiffs, and the extensive damages Plaintiffs suffered as a result of Defendants' improper actions.

2. <u>Jamey Hill (c/o Defendants' counsel)</u>:

   Ms. Hill is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationship between Happy Tax and The J.L. Hill Group, the agreements involving Ms. Hill, The J.L. Hill Group and Happy Tax, the breaches of those agreements by Ms. Hill and The J.L. Hill Group, and the defamatory statements published about Plaintiffs that are the subject of this action.

3. <u>Tricia Drago (c/o Defendants' counsel)</u>:

Ms. Drago is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationship between Happy Tax and Banyan Accounting, the agreements involving Ms. Drago, Banyan Accounting and Happy Tax, the breaches of those agreements by Ms. Drago and Banyan Accounting, and the defamatory statements published about Plaintiffs that are the subject of this action.

4. <u>Johnny "Jemel" Mainer-Smith</u>:

508 Earnest Ln Temple, GA 30179 - (770) 891-2554

Mr. Mainer-Smith is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationship between Happy Tax and Bottom Line Tax Services, and the defamatory statements published about Plaintiffs that are the subject of this action.

5. <u>Chad Greene</u>:

2235 Lewisville Clemmons Road Unit F Clemmons, NC 27012 – (336) 793-2454

Mr. Greene is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationship between Happy Tax and Mr. Greene, the agreements involving Mr. Greene and Happy Tax, the breaches of those agreements by Mr. Greene, and the defamatory statements published about Plaintiffs that are the subject of this action.

6. <u>Sean McDonald</u>:

188 Sterling Drive Newington, CT 06111 - (203) 605-6934

Mr. McDonald is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationship between Happy Tax and Mr. McDonald, the agreements involving Mr. McDonald and Happy Tax, and the defamatory statements published about Plaintiffs that are the subject of this action.

7. <u>Melissa Salyer</u>:

2405 Mathews Green Rd, Virginia Beach, VA 23456 – (305) 797-5574

Ms. Salyer is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationships between Happy Tax and these Defendants, the terms and provisions of the various agreements between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the existence of defamatory and disparaging communications disseminated by these Defendants regarding Plaintiffs, and the extensive damages Plaintiffs suffered as a result of Defendants' improper actions.

8. <u>Halldora "Dora" Cuyler</u>:

   1181 Birdneck Lake Dr, Virginia Beach, VA 23451 – (757) 277-1290

   Ms. Cuyler is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationships between Happy Tax and these Defendants, the terms and provisions of the various agreements between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants.

9. <u>Marcus Slater</u>:

   269 Remington Ave Gallatin, TN 37066 – (615) 423-2027

   Mr. Slater is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationships between Happy Tax and these Defendants, the terms and provisions of the various agreements between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants.

10. <u>Theodore "Ted" Muftic</u>:

    150 Southfield Ave Apt 2430, Stamford, CT 06502

    Mr. Muftic is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationships between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants.

11. <u>Lorris "Knox" Wimberly</u>:

    6226 University Park Dr Ste 3406, Radford VA 24141 – (865) 386-0711

    Mr. Wimberly is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationships between Happy Tax and these Defendants, the franchise relationships between Happy Tax and other Happy Tax franchisees, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants.

12. <u>Naomi Black</u>:

   708 Greenfield Ln, Chesapeake VA 23322 – (757) 439-1584

   Ms. Black is believed to have knowledge regarding the franchise relationships between Happy Tax and these Defendants, the terms and provisions of the various agreements between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants.

13. <u>Renee Wareing</u>:

   1221 Birdneck Lake Dr Virginia Beach VA 23451 – (757) 575-6283

   Ms. Wareing is believed to have knowledge regarding the franchise relationships between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants.

14. <u>Christopher Trempe</u>:

   202 Cardinal Ct Andale, KS 67001 – (316) 655-4431

   Mr. Trempe is believed to have knowledge regarding the franchise relationships between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants.

15. <u>Robert Haun</u>:

   2131 Baypointe Drive Hixson, TN 37343 – (423) 529-0737

   Mr. Haun is believed to have knowledge regarding the franchise relationships between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants.

**JEFFREY M. BERMAN, P.A.**
1722 SHERIDAN STREET NO. 225 | HOLLYWOOD, FLORIDA 33020 | OFFICE: 305.834.4150 | FAX: 305.832.0145

16. <u>Randall Pevin</u>:

    19 Barney St Warren, RI 02885 - +33 6 29 21 78 46

    Mr. Pevin is believed to have knowledge regarding the franchise relationships between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants.

17. <u>Nathan Pratt</u>:

    212 Grayhawk Loop Marshfield, MO 65706 – (417) 343-9790

    Mr. Pratt is believed to have knowledge regarding the franchise relationships between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants.

18. <u>Amanda Livingston</u>:

    409 Carolina Blvd Isle Of Palms, SC 29451 – (941) 993-0225

    Ms. Livingston is believed to have knowledge regarding the franchise relationships between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants.

19. <u>Monica Porier</u>:

    9 Sigmund Way Walpole, MA 02081 – (781) 686-2669

    Ms. Porier is believed to have knowledge regarding the franchise relationships between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants.

20. <u>Mike Halpern</u>:

    3200 Graylyn Terrace Wilmington, NC 28411 – (910) 200-7800

    Mr. Halpern is believed to have knowledge regarding certain defamatory statements made by Tricia Drago about Plaintiffs in and around June 2019 that are the subject of this action.

21. <u>Don Fontana</u>:

    13389 Chaplin Street Wadsworth, IL 60083 - (847) 263-0303

    Mr. Fontana is believed to have knowledge regarding certain defamatory statements made by Jamey Hill about Plaintiffs in and around May 2019 that are the subject of this action.

22. <u>David Kipp</u>:

    710 N Willard Ct Unit 1 Chicago, IL 60642 - (708) 912-4949

    Mr. Kipp is believed to have knowledge regarding certain defamatory statements made by Jamey Hill about Plaintiffs in and around May 2019 that are the subject of this action.

23. <u>Jeremy Noble</u>:

    8 Campus View Drive Loudonville, NY 12211 - (518) 265-4491

    Mr. Noble is believed to have knowledge regarding certain defamatory statements made by Jamey Hill about Plaintiffs in and around May 2019 that are the subject of this action.

24. <u>Anteneh Dejene</u>:

    4917 W 116th Street Hawthorne, CA 90250 - (323) 252-1305

    Mr. Dejene is believed to have knowledge regarding certain defamatory statements made by Jamey Hill about Plaintiffs in and around May 2019 that are the subject of this action.

25. <u>Scott Lucas</u>:

    6293 Oak Ridge Pl Westerville, OH 43082 - (614) 736-3415

    Mr. Lucas is believed to have knowledge regarding certain defamatory statements made by Jamey Hill about Plaintiffs in and around May 2019 that are the subject of this action.

26. <u>Jennifer Raimondi</u>:

    1130 W. Lake Cook Road, Buffalo Grove, IL 60089 – (847) 499-3330

    Ms. Raimondi is believed to have knowledge regarding certain defamatory statements made by Jamey Hill about Plaintiffs in and around May 2019 that are the subject of this action.

27. <u>Mike Foley</u>:

    15 Lonsdale Ave Dayton, OH 45419 - (937) 239-4791

    Mr. Foley is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

28. <u>Andrea Williams</u>:

    1201 Damyien Arch Chesapeake, VA 23320 - (240) 502-6072

    Ms. Williams is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

29. <u>Michelle Chartier</u>:

    6815 Brittany Drive Fort Collins, CO 80525 - (970) 980-8880

    Ms. Chartier is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

30. <u>John Donley</u>:

    5830 Beale Ave Altoona, PA 16601 - (814) 312-6675

    Mr. Donley is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

31. <u>Jennifer Michaels</u>:

    10655 E. Arabian Park Drive Scottsdale, AZ 85258 - (480) 235-2955

    Ms. Michaels is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

32. <u>Matthew Sommer</u>:

    15599 Garden Rd Poway, CA 92064 – (858) 888-0218

    Mr. Sommer is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

33. <u>Laura Sommer</u>:

    15599 Garden Rd Poway, CA 92064 – (858) 888-0218

    Ms. Sommer is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

34. <u>Cindy Farrell</u>:

    1168 Mystical St. Henderson, NV 89052 - (702) 326-1555

    Ms. Farrell is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

35. <u>Dustin Laurie</u>:

    9 Colonial Heights Drive Bradford, PA 16701 - (814) 366-0416

    Mr. Laurie is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

36. <u>Christina "Tina" McGeehen</u>:

    11940 Wexford Club Drive Roswell, GA 30075 - (678) 852-6319

    Ms. McGeehen is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

37. <u>Janet Tejada</u>:

    20409 Symphony Dr Riverside, CA 92507 - (909) 904-1131

    Ms. Tejada is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

38. <u>Gabriel Lewit</u>:

    2314 Birchwood Ct N Buffalo Grove, IL 60089 - (847) 867-6606

    Mr. Lewit is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around June 2019 that are the subject of this action.

39. <u>Steven Lewit</u>:

    2371 Legends Ct Riverwoods, IL 60015 - (847) 274-5986

    Mr. Lewit is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around June 2019 that are the subject of this action.

40. <u>Steven Ibbotson</u>:

    3015 5 Ave NE #150, Calgary, AB T2A 6T8, Canada – (403) 478-8195

    Mr. Ibbotson is believed to have knowledge regarding certain defamatory statements made by Tricia Drago about Plaintiffs in and around December 2019 and January 2020 that are the subject of this action.

41. <u>Todd Brisbois</u>:

    16 Boutwell St Wilmington, MA 01887 - (978) 764-0193

    Mr. Brisbois is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs that are the subject of this action.

42. <u>Dora Binegar</u>:

    104 Hubbard Ct Nicholasville, KY 40356 - (386) 843-0818

    Mrs. Binegar is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs that are the subject of this action.

43. <u>Noor Smadi</u>:

    1124 W Arrow Route 925 Upland, CA 91786 - (909) 618-7876

    Mr. Smadi is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs that are the subject of this action.

44. <u>Megan McKenzie</u>:

    1910 Ala Moana Blvd 7D Honolulu, HI 96815 - (304) 668-2399

    Ms. McKenzie is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs that are the subject of this action.

45. <u>Lisandro Aviles</u>:

    1854 Beverly Blvd San Jose, CA 95116 - (408) 794-5935

    Mr. Aviles is believed to have knowledge regarding certain defamatory statements made by Tricia Drago about Plaintiffs that are the subject of this action.

46. <u>Michelle Ueligitone</u>:

    633 Kaimalino Street, , Honolulu, HI 96734 - (808) 445-8593

    Ms. Ueligitone is believed to have knowledge regarding certain defamatory statements made by Tricia Drago about Plaintiffs that are the subject of this action.

47. <u>Nuno Silveira</u>:

    888 Via Enrico San Lorenzo, CA 94580 - (510) 566-9871

    Mr. Silveira is believed to have knowledge regarding certain defamatory statements made by Tricia Drago about Plaintiffs that are the subject of this action.

48. <u>Todd Yeates</u>:

    952 Howe Ave. #89 Sacramento, CA 95825 - (916) 549-7784

    Mr. Yeates is believed to have knowledge regarding certain defamatory statements made by Tricia Drago about Plaintiffs that are the subject of this action.

49. <u>Elizabeth Merk</u>:

    P.O. Box 383579, Waikoloa, HI 96738 - (808) 885-6279

    Ms. Merk is believed to have knowledge regarding certain defamatory statements made by Tricia Drago about Plaintiffs that are the subject of this action.

50. <u>Chandrie Chang</u>:

    6493 Willow Breeze Lane Las Vegas, NV 89118 - (702) 503-7202

    Ms. Chang is believed to have knowledge of certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs that are the subject of this action.

**(ii)** **a copy** – **or a description by category and location -- of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

Plaintiffs are in possession, custody, or control of the following documents, data compilations, and tangible things which may be used to support their claims, which are all located on cloud servers utilized by Happy Tax.

- Franchise Agreement between Happy Tax and The J.L. Hill Group dated September 28, 2015.

- Area Representative Agreement between Happy Tax and The J.L. Hill Group dated July 13, 2017.

- Area Representative Agreement between Happy Tax and Chad Greene dated July 14, 2017.

- Franchise Agreement between Happy Tax and Chad Greene dated August 3, 2017.

- Franchise Agreement between Happy Tax and Banyan Accounting dated October 20, 2017.

- Area Representative Agreement between Happy Tax and Banyan Accounting dated December 11, 2017.

- Area Representative Agreement between Happy Tax and Chad Greene dated December 12, 2017.

- Renewed Franchise Agreement between Happy Tax and The J.L. Hill Group dated August 13, 2018.

- Franchise Agreements between Happy Tax and its other current or former franchisees.

- Promissory Notes and/or Personal Guaranty between Happy Tax and any Defendants.

- September 27th Regulator Letter, as detailed in paragraph 118 of Plaintiffs' Third Amended Complaint ("**Complaint**").

- September 28th Email, as detailed in paragraph 120 of Plaintiffs' Complaint.

- October 11, 2019 letter from Knox Wimberly, as detailed in paragraph 128 of Plaintiffs' Complaint.

- October 14, 2019 "anonymous" email, as detailed in paragraph 129 of Plaintiffs' Complaint.

- October 14, 2019 "anonymous" email, as detailed in paragraph 130 of Plaintiffs' Complaint.

- October 23, 2019 "anonymous" email, as detailed in paragraph 134 of Plaintiffs' Complaint.

- October 29, 2019 "anonymous" email, as detailed in paragraph 140 of Plaintiffs' Complaint.

- October 30, 2019 "anonymous" email, as detailed in paragraph 145 of Plaintiffs' Complaint.

- Franchisee accounting reconciliations prepared from April 2019 through the present.

**(iii)** **a computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:**

Plaintiffs submit Defendants employed an unlawful scheme to take over and assume control of Happy Tax. When their plot proved unsuccessful, Defendants sought to sabotage and destroy Happy Tax and injure Mario Costanz by disseminating false and defamatory statements about them and breaching the parties' franchise documents in multiple respects. Plaintiffs believe Defendants' unlawful actions caused Happy Tax to sustain damages in excess of $5,000,000.00, consisting of at least approximately $1-2 million in lost franchise sales fees in 2019 alone (*i.e.,* lost profits/revenue), millions in lost future royalties and note payments (*i.e.,* lost profits/revenue), lost asset value of Happy Tax's corporate assets, and significant monetary harm to Plaintiffs' reputations and ability to generate revenue for the company, resulting in lost income to Plaintiffs (*i.e.,* actual damages in lost income/profits, and presumed damages for reputation harm suffered).

**(iv)** **for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

None.

Respectfully Submitted,

**JEFFREY M. BERMAN, P.A.**
JEFFREY M. BERMAN, P.A.
1722 Sheridan Street No. 225
Hollywood, Florida 33020
Tel   305.834.4150

By: _____JMBerman_____
JEFFREY M. BERMAN
Fla. Bar No. 14979
jeff@jmbermanlaw.com

**CERTIFICATE OF SERVICE**

   **I CERTIFY** that on May 24, 2021 the foregoing was served via email to Defendants' counsel, Lonnie Simpson, Esq.

By: _____JMBerman_____
Jeffrey M. Berman