UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-24539-CIV-MORENO**

HAPPY TAX FRANCHISING, LLC,

    Plaintiff,

vs.

THE JL HILL GROUP, LLC, and JAMEY HILL,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Defendants' Motions to Dismiss, filed on **January 19, 2021**. The Magistrate Judge filed a Report and Recommendation (**D.E. 85**) on **June 7, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendants' Motions to Dismiss is GRANTED in part and DENIED in part as set forth in the Report and Recommendation. The motion is granted as to Count 9 for breach of the franchise agreement (non-disparagement) and Count 10 for tortious interference and those claims are dismissed with prejudice. Counts 7 and 8 for defamation are dismissed with prejudice only as to Defendants The J.L. Hill Group, LLC and Banyan Accounting, LLC. The

motion to dismiss is DENIED in all other respects.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th of August 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record