# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-cv-24539-FAM

HAPPY TAX FRANCHISING, LLC
and MARIO COSTANZ,
Plaintiffs,

v.

JAMEY HILL,
THE J.L. HILL GROUP, LLC, et al.,
Defendants.

**PLAINTIFF COSTANZ'S SUPPLEMENTAL INITIAL DISCLOSURES**

Plaintiff, MARIO COSTANZ ("Plaintiff"), through undersigned counsel, and pursuant to Fed. R. Civ. P. 26(a), hereby submit his Updated Initial Disclosures.

INITIAL DISCLOSURE QUALIFICATIONS

1. These Initial Disclosures are based upon information known to Plaintiff as of the date hereof and reflect his current knowledge. These Initial Disclosures are provided without prejudice to the disclosure, identification, or production, during the course of discovery or at any other time, of individuals, information and/or documents that may be subsequently identified, discovered, or determined to be relevant or containing discoverable information Plaintiff may use in support of his claims, or otherwise inadvertently omitted from these Initial Disclosures. Accordingly, Plaintiff hereby expressly reserves his right to revise, amend, correct, retract, supplement and/or otherwise modify these Initial Disclosures as appropriate or necessary.

By identifying documents in these Initial Disclosures, Plaintiff does not waive his right to object to the disclosure of such documents on the basis of the attorney-client privilege, the work-product doctrine, or any other applicable protection against disclosure.

1

3. Any document described by Plaintiff herein is subject to all objections as to competence, relevance, materiality, propriety, and admissibility, as well as to any and all other objections on any grounds that would require the exclusion of the document or any portion thereof if such document was offered into evidence. All such objections and supporting grounds are hereby expressly reserved and may be interposed at the time of any deposition or at or before any hearing or trial in this matter.

## RULE 26 INITIAL DISCLOSURES

**26(a)(1)(A): Initial Disclosures:**

> **(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

1. <u>Mario Costanz (c/o Plaintiffs' counsel)</u>:

   Mr. Costanz is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationships between Happy Tax and these Defendants, the status of the franchise relationships between Happy Tax and other Happy Tax franchisees, the terms and provisions of the various agreements between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the existence of defamatory and disparaging communications disseminated by these Defendants regarding Plaintiffs, and the extensive damages Plaintiffs suffered as a result of Defendants' improper actions.

2. <u>Jamey Hill (c/o Defendants' counsel)</u>:

   Ms. Hill is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationship between Happy Tax and The J.L. Hill Group, the agreements involving Ms. Hill, The J.L. Hill Group and Happy Tax, the breaches of those agreements by Ms. Hill and The J.L. Hill Group, and the defamatory statements published about Plaintiffs that are the subject of this action.

3. <u>Tricia Drago (c/o Defendants' counsel)</u>:

   Ms. Drago is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationship between Happy Tax and Banyan Accounting, the agreements involving Ms. Drago, Banyan Accounting and Happy Tax, the breaches of those agreements by Ms. Drago and Banyan Accounting, and the defamatory statements published about Plaintiffs that are the subject of this action.

4. <u>Johnny "Jemel" Mainer-Smith:</u>

   508 Earnest Ln Temple, GA 30179 - (770) 891-2554

   Mr. Mainer-Smith is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationship between Happy Tax and Bottom Line Tax Services, and the defamatory statements published about Plaintiffs that are the subject of this action. ==Mainer-Smith, a former defendant, signed the letter to regulators, reporting Happy Tax Franchising.==

5. <u>Chad Greene</u>:

   2235 Lewisville Clemmons Road Unit F Clemmons, NC 27012 – (336) 793-2454

   Mr. Greene is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationship between Happy Tax and Mr. Greene, the agreements involving Mr. Greene and Happy Tax, the breaches of those agreements by Mr. Greene, and the defamatory statements published about Plaintiffs that are the subject of this action. ==Greene, a former defendant, signed the letter to regulators, reporting Happy Tax Franchising.==

6. <u>Sean McDonald</u>:

   188 Sterling Drive Newington, CT 06111 - (203) 605-6934

   Mr. McDonald is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationship between Happy Tax and Mr. McDonald, the agreements involving Mr. McDonald and Happy Tax, and the defamatory statements published about Plaintiffs that are the subject of this action. ==McDonald, a former defendant, signed the letter to regulators, reporting Happy Tax Franchising.==

7. <u>Melissa Salyer</u>:

   2405 Mathews Green Rd, Virginia Beach, VA 23456 – (305) 797-5574

   Ms. Salyer is believed to have knowledge regarding the business operation

3

of Happy Tax, the franchise relationships between Happy Tax and these Defendants, the terms and provisions of the various agreements between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the existence of defamatory and disparaging communications disseminated by these Defendants regarding Plaintiffs, and the extensive damages Plaintiffs suffered as a result of Defendants' improper actions. Salyer was an executive employee who participated in company conference calls who is believed to have information about Drago's and Hill's breaches of contract and defamation towards the Plaintiffs.

8. <u>Halldora "Dora" Cuyler</u>:

1181 Birdneck Lake Dr, Virginia Beach, VA 23451 – (757) 277-1290

Ms. Cuyler is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationships between Happy Tax and these Defendants, the terms and provisions of the various agreements between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants. Cuyler was an executive employee who participated in company conference calls who is believed to have information about Drago's and Hill's breaches of contract and defamation towards the Plaintiffs.

9. <u>Marcus Slater</u>:

269 Remington Ave Gallatin, TN 37066 – (615) 423-2027

Mr. Slater is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationships between Happy Tax and these Defendants, the terms and provisions of the various agreements between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants. Slater was an executive employee who participated in company conference calls who is believed to have information about Drago's and Hill's breaches of contract and defamation towards the Plaintiffs.

10. <u>Theodore "Ted" Muftic</u>:

150 Southfield Ave Apt 2430, Stamford, CT 06502

Mr. Muftic is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationships between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between

4

Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants. Muftic was an executive employee who participated in company conference calls who is believed to have information about Drago's and Hill's breaches of contract and defamation towards the Plaintiffs.

11. <u>Lorris "Knox" Wimberly</u>:

6226 University Park Dr Ste 3406, Radford VA 24141 – (865) 386-0711

Mr. Wimberly is believed to have knowledge regarding the business operation of Happy Tax, the franchise relationships between Happy Tax and these Defendants, the franchise relationships between Happy Tax and other Happy Tax franchisees, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants. Wimberly was an executive employee who participated in company conference calls who is believed to have information about Drago's and Hill's breaches of contract and defamation towards the Plaintiffs.

12. <u>Naomi Black</u>:

708 Greenfield Ln, Chesapeake VA 23322 – (757) 439-1584

Ms. Black is believed to have knowledge regarding the franchise relationships between Happy Tax and these Defendants, the terms and provisions of the various agreements between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants. Black is an executive employee who participated in company conference calls who is believed to have information about Drago's and Hill's breaches of contract and defamation towards the Plaintiffs. Black was an executive employee who participated in company conference calls who is believed to have information about Drago's and Hill's breaches of contract and defamation towards the Plaintiffs.

13. <u>Renee Wareing</u>:

1221 Birdneck Lake Dr Virginia Beach VA 23451 – (757) 575-6283

Ms. Wareing is believed to have knowledge regarding the franchise

5

relationships between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants. Wareing was an employee who participated in company conference calls who is believed to have information about Drago's and Hill's breaches of contract and defamation towards the Plaintiffs.

14. Christopher Trempe:

202 Cardinal Ct Andale, KS 67001 – (316) 655-4431

Mr. Trempe is believed to have knowledge regarding the franchise relationships between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants. Trempe was an executive employee who participated in company conference calls who is believed to have information about Drago's and Hill's breaches of contract and defamation towards the Plaintiffs.

15. Robert Haun:

2131 Baypointe Drive Hixson, TN 37343 – (423) 529-0737

Mr. Haun is believed to have knowledge regarding the franchise relationships between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants. Haun was an executive employee who participated in company conference calls who is believed to have information about Drago's and Hill's breaches of contract and defamation towards the Plaintiffs.

16. Randall Pevin:

19 Barney St Warren, RI 02885 - +33 6 29 21 78 46

Mr. Pevin is believed to have knowledge regarding the franchise relationships between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs

suffered as a result of the defamatory and disparaging communications disseminated by these Defendants. Pevin was an executive employee who participated in company conference calls who is believed to have information about Drago's and Hill's breaches of contract and defamation towards the Plaintiffs.

17. Nathan Pratt:

212 Grayhawk Loop Marshfield, MO 65706 – (417) 343-9790

Mr. Pratt is believed to have knowledge regarding the franchise relationships between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants. Pratt was an executive employee who participated in company conference calls who is believed to have information about Drago's and Hill's breaches of contract and defamation towards the Plaintiffs.

18. Amanda Livingston:

409 Carolina Blvd Isle Of Palms, SC 29451 – (941) 993-0225

Ms. Livingston is believed to have knowledge regarding the franchise relationships between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants. Livingston was an executive employee who participated in company conference calls who is believed to have information about Drago's and Hill's breaches of contract and defamation towards the Plaintiffs.

19. Monica Porier:

9 Sigmund Way Walpole, MA 02081 – (781) 686-2669

Ms. Porier is believed to have knowledge regarding the franchise relationships between Happy Tax and these Defendants, the breaches by Defendants of the various agreements between Happy Tax and these Defendants, the defamatory statements made by Defendants about Plaintiffs that are the subject of this action, and the extensive damages Plaintiffs suffered as a result of the defamatory and disparaging communications disseminated by these Defendants. Porier was an executive employee who participated in company conference calls who is believed to have information about Drago's and Hill's breaches of contract and defamation towards the

Plaintiffs.

20. <u>Mike Halpern</u>:

3200 Graylyn Terrace Wilmington, NC 28411 – (910) 200-7800

>Mr. Halpern, a franchisee, is believed to have knowledge regarding certain defamatory statements made by Tricia Drago about Plaintiffs in and around June 2019 that are the subject of this action.

21. <u>Don Fontana</u>:

13389 Chaplin Street Wadsworth, IL 60083 - (847) 263-0303

>Mr. Fontana, a franchisee, is believed to have knowledge regarding certain defamatory statements made by Jamey Hill about Plaintiffs in and around May 2019 that are the subject of this action.

22. <u>David Kipp</u>:

710 N Willard Ct Unit 1 Chicago, IL 60642 - (708) 912-4949

>Mr. Kipp, a franchisee, is believed to have knowledge regarding certain defamatory statements made by Jamey Hill about Plaintiffs in and around May 2019 that are the subject of this action.

23. <u>Jeremy Noble</u>:

8 Campus View Drive Loudonville, NY 12211 - (518) 265-4491

>Mr. Noble, a franchisee, is believed to have knowledge regarding certain defamatory statements made by Jamey Hill about Plaintiffs in and around May 2019 that are the subject of this action.

24. <u>Anteneh Dejene</u>:

4917 W 116th Street Hawthorne, CA 90250 - (323) 252-1305

>Mr. Dejene, a franchisee, is believed to have knowledge regarding certain defamatory statements made by Jamey Hill about Plaintiffs in and around May 2019 that are the subject of this action.

25. <u>Scott Lucas</u>:

6293 Oak Ridge Pl Westerville, OH 43082 - (614) 736-3415

>Mr. Lucas, a franchisee, is believed to have knowledge regarding certain

defamatory statements made by Jamey Hill about Plaintiffs in and around May 2019 that are the subject of this action.

26. <u>Jennifer Raimondi</u>:

1130 W. Lake Cook Road, Buffalo Grove, IL 60089 – (847) 499-3330

Ms. Raimondi, ==a franchisee,== is believed to have knowledge regarding certain defamatory statements made by Jamey Hill about Plaintiffs in and around May 2019 that are the subject of this action.

27. <u>Mike Foley</u>:

15 Lonsdale Ave Dayton, OH 45419 - (937) 239-4791

Mr. Foley, ==a franchisee,== is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

28. <u>Andrea Williams</u>:

1201 Damyien Arch Chesapeake, VA 23320 - (240) 502-6072

Ms. Williams, ==a franchisee,== is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

29. <u>Michelle Chartier</u>:

6815 Brittany Drive Fort Collins, CO 80525 - (970) 980-8880

Ms. Chartier, ==a franchisee,== is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

30. <u>John Donley</u>:

5830 Beale Ave Altoona, PA 16601 - (814) 312-6675

Mr. Donley, ==a franchisee,== is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

31. <u>Jennifer Michaels</u>:

10655 E. Arabian Park Drive Scottsdale, AZ 85258 - (480) 235-2955

Ms. Michaels, a franchisee, is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

32. <u>Matthew Sommer</u>:

15599 Garden Rd Poway, CA 92064 – (858) 888-0218

Mr. Sommer, a franchisee, is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

33. <u>Laura Sommer</u>:

15599 Garden Rd Poway, CA 92064 – (858) 888-0218

Ms. Sommer, a franchisee, is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

34. <u>Cindy Farrell</u>:

1168 Mystical St. Henderson, NV 89052 - (702) 326-1555

Ms. Farrell, a franchisee, is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

35. <u>Dustin Laurie</u>:

9 Colonial Heights Drive Bradford, PA 16701 - (814) 366-0416

Mr. Laurie, a franchisee, is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

36. <u>Christina "Tina" McGeehen</u>:

11940 Wexford Club Drive Roswell, GA 30075 - (678) 852-6319

Ms. McGeehen, a franchisee, is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

37. <u>Janet Tejada</u>:

20409 Symphony Dr Riverside, CA 92507 - (909) 904-1131

Ms. Tejeda, a franchisee, is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around September 2019 that are the subject of this action.

38. <u>Gabriel Lewit</u>:

2314 Birchwood Ct N Buffalo Grove, IL 60089 - (847) 867-6606

Mr. Lewit, a franchisee, is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around June 2019 that are the subject of this action.

39. <u>Steven Lewit</u>:

2371 Legends Ct Riverwoods, IL 60015 - (847) 274-5986

Mr. Lewit, a franchisee, is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs in and around June 2019 that are the subject of this action.

40. <u>Steven Ibbotson</u>:

3015 5 Ave NE #150, Calgary, AB T2A 6T8, Canada – (403) 478-8195

Mr. Ibbotson is believed to have knowledge regarding certain defamatory statements made by Tricia Drago about Plaintiffs in and around December 2019 and January 2020 that are the subject of this action. Ibbotson invested $1 million in the company and Drago made defamatory statements to him about the Plaintiffs.

41. <u>Todd Brisbois</u>:

16 Boutwell St Wilmington, MA 01887 - (978) 764-0193

Mr. Brisbois is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs that are the subject of this action. Brisbois was an independent contractor of Banyan Accounting.

42. <u>Dora Binegar</u>:

104 Hubbard Ct Nicholasville, KY 40356 - (386) 843-0818

Mrs. Binegar, a franchisee engaged in the parent company activity, is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs that are the subject of this

11

43. N<u>oor Smadi</u>:

1124 W Arrow Route 925 Upland, CA 91786 - (909) 618-7876

>Mr. Smadi, as an engaged franchisee, is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs that are the subject of this action.

44. <u>Megan McKenzie</u>:

1910 Ala Moana Blvd 7D Honolulu, HI 96815 - (304) 668-2399

>Ms. McKenzie, an engaged franchisee, is believed to have knowledge regarding certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs that are the subject of this action. McKenzie was communicated to by Drago about the Plaintiffs.

45. <u>Lisandro Aviles</u>:

1854 Beverly Blvd San Jose, CA 95116 - (408) 794-5935

>Mr. Aviles is believed to have knowledge regarding certain defamatory statements made by Tricia Drago about Plaintiffs that are the subject of this action. Aviles was an Independent contractor working for Banyan likely to have knowledge of her statements about the Plaintiffs that are the subject of this action.

46. <u>Michelle Ueligitone</u>:

633 Kaimalino Street, Honolulu, HI 96734 - (808) 445-8593

>Ms. Ueligitone, is believed to be Drago's sister and to have knowledge regarding certain defamatory statements made by Tricia Drago about Plaintiffs that are the subject of this action.

47. N<u>uno Silveira</u>:

888 Via Enrico San Lorenzo, CA 94580 - (510) 566-9871

>Mr. Silveira, was an independent contractor working for Banyan and is believed to have knowledge regarding certain defamatory statements made by Tricia Drago about Plaintiffs that are the subject of this action.

48. <u>Todd Yeates</u>:

12

952 Howe Ave. #89 Sacramento, CA 95825 - (916) 549-7784

Mr. Yeates, was an independent contractor working for Banyan and is believed to have knowledge regarding certain defamatory statements made by Tricia Drago about Plaintiffs that are the subject of this action.

49. <u>Elizabeth Merk</u>:

P.O. Box 383579, Waikoloa, HI 96738 - (808) 885-6279

Ms. Merk is believed to have knowledge regarding certain defamatory statements made by Tricia Drago about Plaintiffs that are the subject of this action. Merk was an independent contractor working for Banyan Accounting and she likely had knowledge of her statements about the company.

50. <u>Chandrie Chang</u>:

6493 Willow Breeze Lane Las Vegas, NV 89118 - (702) 503-7202

Ms. Chang is believed to have knowledge of certain defamatory statements made by Tricia Drago and Jamey Hill about Plaintiffs that are the subject of this action. Chang was an independent contractor for J L Hill Group LLC.

**(ii) a copy – or a description by category and location -- of all documents electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

Plaintiffs are in possession, custody, or control of the following documents, data compilations, and tangible things which may be used to support their claims, which are all located on cloud servers utilized by Happy Tax.

**(iii) a computation of each category of damages claimed by the disclosing party--who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:**

Plaintiffs submit Defendants employed an unlawful scheme to take over and assume control of Happy Tax. When their plot proved unsuccessful, Defendants sought to sabotage and destroy Happy Tax and injure Mario Costanz by disseminating false and defamatory statements about them and breaching the parties' franchise documents in multiple respects. Plaintiffs believe Defendants' unlawful actions caused Happy Tax to sustain damages in excess of $5,000,000.00, consisting of at least approximately $1-2 million in lost franchise sales fees in 2019 alone (i.e., lost

profits/revenue), millions in lost future royalties and note payments (i.e., lost profits/revenue), lost asset value of Happy Tax's corporate assets, and significant monetary harm to Plaintiffs' reputations and ability to generate revenue for the company, resulting in lost income to Plaintiffs (i.e., actual damages in lost income/profits, and presumed damages for reputation harm suffered). Financial statements for 2015 through 2019 are submitted with this disclosure. Franchise reconciliations for Dustin Laurie, David Kipp, and Jeremy Noble, a franchisee fee revenue chart, a Reconciliation Master Log, and emails from Tricia Drago regarding partial reconciliations are also provided. An affidavit from Lorris Knox has also been provided, regarding his work to retrieve additional financial records from the Google account for Happy Tax from the backup.

By: /s/Mario Costanz
Mario Costanz
Pro se Plaintiff