AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
## for the Southern District of Florida

| | |
|---|---|
| HAPPY TAX FRANCHISING, LLC and MARIO COSTANZ, <br>     *Plaintiffs,* <br> v. <br> JAMEY HILL, THE JL HILL GROUP, LLC, TRICIA DRAGO and BANYAN ACCOUNTING, LLC, <br>     *Defendants,* <br> v. <br> MARIO COSTANZ, HAPPY TAX HOLDING CORP., HAPPY TAX FRANCHISING, LLC, TED MUFTIC, MICHAEL HADZIPANAJOTIS and MONICA POIRIER, <br>     *Counterclaim and Third-party defendants.* | Civil Action No. 1:19-cv-24539-FAM <br><br> A TRUE COPY ATTEST <br> DAVID D. AYLES, PROCESS SERVER <br> AND DISINTERESTED PERSON |

## SUMMONS ON THIRD-PARTY COMPLAINT

TO:    MONICA POIRIER
    9 Sigmund Way
    Walpole, MA 02081

    A lawsuit has been filed against the defendants Jamey Hill, The JL Hill Group LLC, Tricia Drago and Banyan Accounting, LLC who, as third-party plaintiffs, are making these claims against you to pay part or all of what the defendants may owe to the plaintiffs Happy Tax Franchising, LLC and Mario Costanz.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed.R.Civ.P. 12 (a)(2) or (3) – you must serve on the plaintiffs and on the defendants an answer to the attached counterclaim and third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendants' attorney, whose name and address are:

    Lonnie L. Simpson, Esq., SHUTTS & BOWEN LLP
    4301 W. Boy Scout Blvd., Suite 300, Tampa, FL 33607

It must also be served on the plaintiff or plaintiff's attorney, whose names and addresses are:

Mario Costanz, pro se
220 Pelham Road, 2L
New Rochelle, NY 10805

Amber Robinson, Esq.
695 Central Avenue, Suite 264
St. Petersburg, FL 33701

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's third amended complaint is also attached. You may – but are not required to – respond to it.

Date: _____Sep 30, 2021_____



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C.Davis
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-cv-24539-FAM

HAPPY TAX FRANCHISING, LLC and MARIO COSTANZ,

    Plaintiffs,

v.

JAMEY HILL, THE JL HILL GROUP, LLC, TRICIA DRAGO, BANYAN ACCOUNTING, LLC,

    Defendants.

---

JAMEY HILL, THE JL HILL GROUP LLC, TRICIA DRAGO and BANYAN ACCOUNTING, LLC,

    Counterclaim and Third-Party Plaintiffs,

v.

MARIO COSTANZ, HAPPY TAX HOLDINGS CORP., HAPPY TAX FRANCHISING, LLC, TED MUFTIC, MICHAEL HADZIPANAJOTIS and MONICA POIRIER,

    Counterclaim and Third-Party Defendants.

## ANSWER AND DEFENSES TO THIRD AMENDED COMPLAINT, COUNTERCLAIM AND THIRD-PARTY CLAIM

    Defendants Jamey Hill, JL Hill Group LLC, Tricia Drago and Banyan Accounting, LLC, by counsel, respond to counts I through V, VII and VIII of the plaintiffs' third amended complaint [DE 81] as follows:

    1.    The defendants admit that JL Hill Group LLC and Banyan Accounting, LLC were executed "area representative" agreements and "unit franchise" agreement with Happy Tax Franchising, LLC, but deny the remaining allegations in third amended complaint paragraph 1.

1