UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-cv-24539-FAM

HAPPY TAX FRANCHISING, LLC *et. al*,

    Plaintiffs,

v.

JAMEY HILL *et al*.,

    Defendants.

JAMEY HILL *et al*.,

    Counterclaim and Third-Party Plaintiffs,

v.

MARIO COSTANZ *et al*.

    Counterclaim and Third-Party Defendants.

### THIRD-PARTY PLAINTIFFS' MOTION TO ACCEPT LATE-FILED MOTION TO ENLARGE SERVICE OF PROCESS PERIOD

Third-party plaintiffs Jamey Hill, The JL Hill Group LLC, Tricia Drago and Banyan Accounting, LLC ("Third-Party Plaintiffs"), through counsel, request that the Court accept their late-filed motion to enlarge the Rule 4(m), Federal Rules of Civil Procedure, time period to serve serve third-party defendant Ted Muftic ("Mr. Muftic"), and state:

    1.    The Third-Party Plaintiffs filed their answer, defenses, counterclaim and third-party complaint [Dkt. No. 125] on September 17, 2021.

    2.    Rule 4(m), Federal Rules of Civil Procedure, required the Third-Party Plaintiffs to have completed service of process on all third-party defendants within 90 days after the date their third-party complaint was filed. Fed. R. Civ. P. 4(m). As to Mr. Muftic, the 90-day service period was to expire as of December 17, 2021.

3. The Third-Party Plaintiffs had not personally served Mr. Muftic with original process as of December 15, 2021. The Third-Party Plaintiffs intended to move the Court, before December 17, 2021, to enlarge the service period. To that end, the Third-Party Plaintiffs' counsel prepared a motion and supporting documents, and asked process servers to prepare and forward sworn statements as to their attempts to serve Mr. Muftic.

4. One process server forwarded an affidavit of non-service to counsel mid-day on December 16, 2021. The other process server did not respond to counsel's request until after the close of business on December 16, 2021.

5. At mid-evening on December 16, 2021, counsel developed a medical issue that significantly compromised his vision. That issue, which persisted through the night and well into early morning of December 17, 2021, prevented counsel from completing and timely filing the Third-Party Plaintiffs' motion to enlarge the service period on December 16, 2021.

6. Counsel filed the Third-Party Plaintiffs' motion, memorandum and supporting materials [Dkt. No. 166] at 8:24 a.m. December 17, 2021.

### MEMORANDUM

"When an act…must be done within a specified time, the court may, for good cause, extend the time…on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Here, counsel failed to file the Third-Party Plaintiffs' motion to enlarge the service period before December 17, 2021 because of an unanticipated medical issue. Accordingly, the Third-Party Plaintiffs respectfully request that the Court enter an Order accepting their late-filed motion, memorandum and supporting materials *nunc pro tunc* to 11:59 p.m. December 16, 2021, and grant such other relief as the Court deems appropriate.

## S.D. Fla. Local Rule 7.1(a)(3) Certification

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with Derick Vollrath, Counsel for Third-Party Defendant Monica Poirier, in a good faith effort to resolve the issues but has been unable to resolve the issues. Counsel for the movant has made reasonable efforts to confer with all other parties and non-parties who may be affected by the relief sought in the motion but has been unable to do so. The reasonable efforts made were specifically as follows: Counsel sent correspondence via electronic mail on December 17, 2021, at 8:41 am to Amber Robinson, counsel for Happy Tax Franchising, LLC, and Happy Tax Holdings Corp., and Mario Constanz, *pro se*.

**SHUTTS & BOWEN LLP**

By: /s/ *Lonnie L. Simpson*
Lonnie L. Simpson, FBN 0821871
Melanie B. Senosiain, FBN 118904
4301 West Boy Scout Blvd., Suite 300
Tampa, Florida 33607
lsimpson@shutts.com
msenosiain@shutts.com
*Attorneys for Third-Party Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on December 17, 2021, the foregoing was filed with the Court via the CM/ECF system, which will serve a copy upon all counsel of record.

/s/ *Lonnie L. Simpson*
ATTORNEY