UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-cv-24539-FAM

HAPPY TAX FRANCHISING, LLC *et. al*,

    Plaintiffs,

v.

JAMEY HILL *et al*.,

    Defendants.

JAMEY HILL *et al*.,

    Counterclaim and Third-Party Plaintiffs,

v.

MARIO COSTANZ *et al*.

    Counterclaim and Third-Party Defendants.

## NOTICE OF FILING PROOF OF SERVICE AS TO TED MUFTIC

Defendants, Counterclaim plaintiffs and Third-Party plaintiffs, Jamey Hill, JL Hill Group LLC, Tricia Drago and Banyan Accounting, LLC, hereby file the attached January 18, 2022 Proof of Service as to Third-Party Defendant Ted Muftic.

**SHUTTS & BOWEN LLP**

By: /s/ *Lonnie L. Simpson*
Lonnie L. Simpson, FBN 0821871
Melanie B. Senosiain, FBN 118904
4301 West Boy Scout Blvd., Suite 300
Tampa, Florida 33607
lsimpson@shutts.com
msenosiain@shutts.com
*Attorneys for Third-Party Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on January 18, 2022, the foregoing was filed with the Court via the CM/ECF system, which will serve a copy upon all counsel of record.

/s/ *Lonnie L. Simpson*
ATTORNEY
