

**Grand County Sheriff's Office**
**Civil Case Number: 5172**
**Court Case: CV24539-FAM**

STATE OF COLORADO :

I certify that I executed: SUMMONS ON THIRD PARTY COMPLAINT, ANSWER AND DEFENSES TO THIRD AMENDED COMPLAINT, COUNTERCLAIM AND THIRD-PARTY CLAIM

Upon: TED MUFTIC

On (date) JANUARY 12TH, 2022 at (time) 8:25 am/pm

At (address): 28 COUNTY ROAD 835, FRASER, CO.
Within Grand County, in the State of Colorado, by (check applicable)

☐ *Personal Service:* Served to person named above

☒ *Substitute Service - Personal:* Leaving a copy at the person's usual place of abode, with any person whose age is eighteen years or older and who is a member of the person's family or at the person's usual workplace with a person authorized to receive service of process.
(Name of person with whom papers were served: FELICIA MUFTIC

(Relationship or legal capacity): TEDS MOTHER

☐ *Business or Government entity:* Handing to and leaving with *(Name of person with whom papers were served):* _____ who is authorized to accept process on behalf of the business / government entity named above as; (relationship or legal capacity) _____

☐ *Posting:* the described process as allowed by law at *(location of posting):* _____

☐ *Refusal:* Offering to and leaving in a conspicuous place for the person named above the described process, but who refused to accept service.

☐ *NOT FOUND* _____

Brett D. Schroetlin, Sheriff
By: RICK SHARRON        [signature]         S1414
Deputy (Printed)         Deputy (Signed)      Deputy Number