UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HAPPY TAX FRANCHISING, LLC, etc., et al.,

    *Plaintiffs*,

v.

JAMEY HILL, et al.

    *Defendants/Counterclaim and Third-Party Plaintiffs,*

v.

MARIO COSTANZ, et al.,

    *Counterclaim and Third-Party Defendants.*

**CASE NO. 19-24539-CIV-MORENO/Louis**

## MONICA POIRIER'S MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL DEADLINES

    Third-Party Defendant Monica Poirier files this Motion to Continue Trial and Extend Pretrial Deadlines pursuant to Southern District of Florida Local Rule 7.6. In support thereof, Ms. Poirier states as follows:

    1.    Although this case has been pending since 2019, Defendants added Poirier as a Third Party Defendant only in October of 2021.

    2.    Although Defendants served Poirier as a third-party defendant under Rule 14, Defendants appear to allege direct and independent claims against her. Poirier believes this is improper and has moved to dismiss and/or strike Defendants' Third Party Complaint against her for this reason. [*See* DE 160 & 161.] The Court has not yet ruled on Poirier's motions.

1

3. Defendants have brought another party (Ted Muftic) into this lawsuit mere days ago, through service of a Third Party Complaint on January 18, 2022.

4. This case is set for calendar call on February 22, 2022 and for jury trial on the Court's two-week trial calendar commencing February 28, 2022. [*See* DE 148.] Defendant's witness and exhibit list are due February 11, 2022 (Poirier assumes this deadline applies to third party defendants, as well). [*Id.*] The parties' pretrial stipulations are due February 15, 2022. [*Id.*]

5. Discovery in this case closed on **November 3, 2020**, almost a year before Poirier was added as a party. Consequently, Poirier has not had any opportunity to engage in discovery.

6. The extraordinarily late addition of Poirier and others to this lawsuit—after discovery is closed—constitutes an extraordinary circumstance justifying continuance of the trial in this matter under Southern District of Florida Local Rule 7.6.

WHEREFORE, Third Party Defendant Poirier requests the following relief:

A. Continuance of trial in this matter to the February 27, 2023 trial docket.

B. Entry of new scheduling order, allowing Poirier to take discovery in this matter through September 21, 2022.

C. An order directing counsel of record to confer and propose pretrial deadlines consistent with the foregoing, on or before February 21, 2022.

## **LOCAL RULE 7.1(a)(3) CONFERENCE**

I certify that I have placed telephone calls to all counsel of record in this matter—Amber Robinson, Lonnie Simpson, and Frank Dello Russo—to obtain their position on the motion. Ms. Dello Russo and Mr. Simpson indicate that they do not oppose the requested relief. Ms. Robinson has not provided me with her position on the Motion.

Dated: January 25, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Derick Vollrath*
　　　　　　　　　　　　　　　　　　**Derick Vollrath**
　　　　　　　　　　　　　　　　　　dvollrath@mnrlawfirm.com
　　　　　　　　　　　　　　　　　　Fla. Bar. No. 126740
　　　　　　　　　　　　　　　　　　MARCUS NEIMAN RASHBAUM
　　　　　　　　　　　　　　　　　　& PINEIRO LLP
　　　　　　　　　　　　　　　　　　100 SE Third Ave. Suite 805
　　　　　　　　　　　　　　　　　　Fort Lauderdale, Florida 33394
　　　　　　　　　　　　　　　　　　Telephone (954) 462-1200
　　　　　　　　　　　　　　　　　　Facsimile: (866) 780-8355

　　　　　　　　　　　　　　　　　　*Counsel for Third-Party Defendant Monica Poirier*

## **CERTIFICATE OF SERVICE**

I certify that on January 25, 2022, I filed the foregoing document with the Southern District of Florida's CM/ECF system, which has caused email service to be made upon all counsel of record. Additionally, I have served pro se parties as indicated below:

　　　Mario Costanz
　　　Via email to: mario+1@theproblemsolver.com
　　　Via usps to:
　　　220 Pelham Road, 2L
　　　New Rochelle, NY 10805

　　　Ted Muftic
　　　Via usps to:
　　　Ted Muftic
　　　c/o Felicia Muftic
　　　28 County Road 835
　　　Fraser, CO 80442

　　　　　　　　　　　　　　　　　　*/s/ Derick Vollrath*