UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HAPPY TAX FRANCHISING, LLC, etc., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JAMEY HILL, et al. <br><br> *Defendants/Counterclaim and Third-Party Plaintiffs,* <br><br> v. <br><br> MARIO COSTANZ, et al., <br><br> *Counterclaim and Third-Party Defendants.* | **CASE NO. 19-24539-CIV-MORENO/Louis** |

### AFFIDAVIT OF DERICK VOLLRATH IN SUPPORT OF POIRIER'S MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL DEADLINES

In accordance with Southern District of Florida Rule 7.6, attorney Derick Vollrath submits this affidavit in support of Monica Poirier's Motion to Continue Trial and Extend Pretrial Deadlines. He states as follows:

1. I am counsel for Third-Party Defendant Monica Poirier in the above-referenced matter.

2. I am over the age of 18 and competent to make this affidavit.

3. Ms. Poirier was served with this lawsuit on October 5, 2021. Upon being served, Ms. Poirier retained counsel within days to appear and respond on her behalf.

1

4.     On November 15, 2021, Poirier timely filed motions to strike and dismiss the claim against her. Ms. Poirier believes these motions should be granted. If they are, she would be dismissed from this suit in its entirety and she obviously would not object to it proceeding as presently scheduled. In the absence of her dismissal however, she has serious concerns.

5.     Discovery in this case closed on November 3, 2020—almost a year before Ms. Poirier was made a party to this suit and served. Consequently Ms. Poirier has been unable to conduct any discovery in this matter to defend the claim against her. She has also received no discovery material from any of the parties.

6.     To prepare for trial, Ms. Poirier requires the opportunity to conduct discovery.

7.     Because she was joined to this suit at such a late state, she has not had an opportunity to do so.

8.     This is an extraordinary circumstance that justifies continuance of this consistent with Ms. Poirier's accompanying motion to that effect, and as set forth at Southern District of Florida Rule 7.6.

FURTHER AFFIANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2022            /s/ Derick R. Vollrath

                                   Derick R. Vollrath