UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HAPPY TAX FRANCHISING, LLC, etc., et al.,

    *Plaintiffs*,

v.

JAMEY HILL, et al.

    *Defendants/Counterclaim and Third-Party Plaintiffs*,

v.

MARIO COSTANZ, et al.,

    *Counterclaim and Third-Party Defendants.*

**CASE NO. 19-24539-CIV-MORENO/Louis**

## PROPOSED ORDER ON POIRIER'S MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL DEADLINES

THIS CAUSE is before the Court on Monica Poirier's Motion to Continue Trial and Extend Pretrial Deadlines. Upon consideration, it is ORDERED and ADJUDGED as follows:

1. Third-Party Defendant Monica Poirier's Motion is GRANTED.

2. This matter is CONTINUED to the Court's two-week trial term beginning February 27, 2023.

3. Third-Party Defendant Monica Poirier may take discovery on this matter so long as discovery is completed on or before September 21, 2022.

1

4.     Counsel for all parties shall confer on pretrial deadlines. On or before February 21, 2022, the parties shall submit a joint proposed scheduling order proposing pretrial deadlines consistent with the foregoing.

_____
FEDERICO A. MORENO
Senior United States District Judge