UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-cv-24539-FAM

HAPPY TAX FRANCHISING, LLC *et. al*,

    Plaintiffs,

v.

JAMEY HILL *et al.*,

    Defendants.

## THIRD-PARTY PLAINTIFFS' MOTION TO ENLARGE TIME TO RESPOND TO THIRD-PARTY DEFENDANT MONICA POIRIER'S DISCOVERY AND MEMORANDUM IN SUPPORT

Third-party plaintiffs Jamey Hill ("Mr. Hill"), The JL Hill Group LLC, Tricia Drago ("Ms. Drago") and Banyan Accounting, LLC (collectively "Third-Party Plaintiffs"), by counsel and pursuant to Rule 6(b), Federal Rules of Civil Procedure, move the Court to enlarge (by 7 days) the time to respond to third-party defendant Monica Poirier's ("Ms. Poirier") interrogatories and requests for production, as follows:

    1.    Ms. Drago and Banyan Accounting, LLC provide federal and state income tax return preparation services, bookkeeping and small business accounting services to people and business entities throughout Hawaii. Mr. Hill is employed by a private company and oversees and manages several financial statement audits for his employer. The JL Hill Group, LLC has no managers, officers or employees other than Mr. Hill.

    2.    Since at least January 1, 2022 forward, providing income tax return preparation services, bookkeeping and accounting services to clients has consumed Ms. Drago's time and Banyan Accounting, LLC's other resources. Mr. Hill's work for his employer has similarly consumed Mr. Hill's time, and Mr. Hill must still complete a substantial amount of further work to meet his employer's April 30, 2022 auditing deadlines.

3. Ms. Poirier served interrogatories and a request for production on each of the Third-Party Plaintiffs on March 28, 2022 and March 29, 2022, respectively. The Third-Party Plaintiffs' responses to Ms. Poirier's discovery are presently due on April 27, 2022 and April 28, 2022, respectively.

4. As the Third-Party Plaintiffs have been consumed by the press of their businesses, they have not had sufficient time to respond to Ms. Poirier's discovery. The Third-Party Plaintiffs reasonably believe that a 7-day enlargement of time (through May 4, 2022), will permit them sufficient to prepare and serve the required responses to Ms. Poirier's discovery.

5. The Third-Party Plaintiffs make this request for a brief enlargement of time in good faith, for no dilatory purpose and no party will be prejudiced by the brief enlargement of time requested.

Accordingly, the Third-Party Plaintiffs Jamey Hill, The JL Hill Group LLC, Tricia Drago and Banyan Accounting, LLC respectfully request that the Court enter an Order enlarging the time for them to respond to third-party defendant Monica Poirier's interrogatories and requests for production through May 4, 2022.

**MEMORANDUM IN SUPPORT**

Rule 6(b)(1), Federal Rules of Civil Procedure, authorize the Court to extend the time "[w]hen an act may or must be done within a specified time" on a party's motion made before the original time expires, for good cause. See Fed.R.Civ.P. 6(b)(1)(A). The 30-day response time imposed by Rules 33 and 34, Federal Rules of Civil Procedure, on the Third-Party Plaintiffs has not expired. The Third-Party Plaintiffs have shown good cause for the brief enlargement of time they seek, as they have been consumed in assisting their clients to meet government-imposed income tax return filing and auditing deadlines. For these reasons, the Court should enlarge the time for the Third-Party Plaintiffs to respond to the third-party defendant's discovery

through May 4, 2022.

## S.D. Fla. Local Rule 7.1(a)(3) Certification

Before filing this motion, on April 19, 2022, counsel for the Third-Party Plaintiffs conferred with counsel for third-party defendant Monica Poirier in a good faith effort to resolve by agreement the issue raised in this motion, but has been unable to do so.

> */s/ Lonnie L. Simpson*
> Lonnie L. Simpson, Esq., FBN 821871
> lsimpson@shutts.com
> **SHUTTS & BOWEN LLP**
> 4301 W. Boy Scout Blvd., Suite 300
> Tampa, Florida 33607
> Telephone: (813) 229-8900
> *Counsel for Third-Party Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on April 25, 2022, I electronically filed the foregoing Third-Party Plaintiffs' Motion to Enlarge Time to Respond to Third-Party Defendant Monica Poirier's Discovery and Memorandum in Support with the Clerk of the Court via CM/ECF which will send an electronic notice to counsel of record.

> */s/ Lonnie L. Simpson*
> ATTORNEY