UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-24539-CIV-MORENO

HAPPY TAX FRANCHISING, LLC,

    Plaintiff,

vs.

THE JL HILL GROUP, LLC, and JAMEY HILL,

    Defendants.
_____/

## ORDER ADOPTING IN PART MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Third-Party Defendant Monica Poirier's Motion to Strike Third-Party Claims **(D.E. 160)**, Third-Party Defendant Monica Poirier's Motion to Dismiss the Count IX of the Counterclaim **(D.E. 161)**, and Counterclaim Defendants Mario Costanz, Happy Tax Holdings Corp., and Happy Tax Franchising LLC (collectively "Happy Tax")'s Motion to Dismiss Count IX of the Counterclaim **(D.E. 162)**. The Magistrate Judge filed a Report and Recommendation **(D.E. 197)** on **May 3, 2022**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections have been filed, and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED** in part due to the dismissal of Count 9 as to Monica Poirier, which moots her motions. Accordingly, it is

**ADJUDGED** that Third-Party Defendant Monica Poirier's Motion to Strike Third-Party Claims and Motion to Dismiss are DENIED as moot in view of the settlement reached by the parties and the Court's Final Order of Dismissal dismissing Count IX as to Monica Poirier. It is

**ADJUDGED** that the Counterclaim Defendants Mario Costanz, Happy Tax Holdings Corp., and Happy Tax Franchising LLC's Motion to Dismiss is GRANTED without prejudice for the reasons stated in the Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th of May 2022.

*/s/ Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record