UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-cv-24539-FAM

HAPPY TAX FRANCHISING, LLC

and MARIO COSTANZ,

Plaintiffs,

v.

JAMEY HILL,
THE J.L. HILL GROUP, LLC, et al.,

Defendants.

_____/

JAMEY HILL, THE JL HILL GROUP LLC,
TRICIA DRAGO and BANYAN ACCOUNTING, LLC,
Counterclaim and Third-Party Plaintiffs,
v.
MARIO COSTANZ, HAPPY TAX HOLDINGS CORP.,
HAPPY TAX FRANCHISING, LLC, TED MUFTIC,
MICHAEL HADZIPANAJOTIS and MONICA POIRIER,
Counterclaim and Third-Party Defendants.

_____/

## NOTICE OF WITHDRAWAL OF
## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiffs MARIO COSTANZ, HAPPY TAX HOLDINGS CORP., HAPPY TAX

FRANCHISING, LLC, respectfully withdraw their Joint Motion for Protective Order pursuant to

Federal Rule of Civil Procedure 26(c)(1)(B) , stating as follows:

1. On July 12, 2022, following his review of Plaintiffs' Motion for a Protective

   Order, Defendants' Counsel replied regarding the content of this motion and the

   matter has resolved successfully.

1

Respectfully Submitted,

Amber Robinson, Esq.
Robinson Law Office PLLC
 Fla. Bar No. 0107215
360 Central Ave Ste. 800
St. Petersburg, FL 33701
arobinson@arobinsonlawfirm.com
(813) 613-2400 (phone)
(727) 362-1979 (fax)
*Counsel for Plaintiffs/Counterclaim*
*Defendants Happy Tax Franchising,*
*LLC and Happy Tax Holdings, Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2022, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF to those parties

registered to receive electronic notices of filing in this case.


/s/ AMBER ROBINSON

*Counsel for Plaintiffs Happy Tax*
*Franchising, LLC and Happy Tax*
*Holdings, Corp.*

4