UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 19-24539-CIV-MORENO

HAPPY TAX FRANCHISING, LLC, *et al.*

    Plaintiffs,

vs.

THE JL HILL GROUP, LLC, and JAMEY HILL, *et al.*

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATIONS AND DENYING THIRD-PARTY DEFENDANT THEODORE MUFTIC'S MOTION TO DISMISS

THE MATTER was referred to the Honorable Jonathan Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Theodore Muftic's Motion to Dismiss Third-Party Complaint, filed on **August 3, 2022**. The Magistrate Judge filed a Report and Recommendation **(D.E. 241)** on **September 9, 2022**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Theodore Muftic's Motion to Dismiss Third-Party Complaint is DENIED for the reasons stated in the Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 of October 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record