UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HAPPY TAX FRANCHISING, LLC, *et al.*

     Plaintiffs,

v.

JAMEY HILL, *et al.*,

     Defendants.

CASE NO. 1:19-cv-24539-FAM

### AMENDED LOCAL RULE 7.1(a)(3) CERTIFICATION FOR THIRD-PARTY PLAINTIFFS' MOTION TO ACCEPT LATE-FILED OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF DISPUTED AND UNDISPUTED FACTS

Counsel for third-party plaintiffs Jamey Hill, The JL Hill Group LLC, Tricia Drago and Banyan Accounting, LLC ("Third-Party Plaintiffs") submits the following amended Local Rule 7.1(a)(3) for Third-Party Plaintiffs' motion to accept late-filed opposition to third-party defendant Ted Muftic's motion for summary judgment and statement of disputed and undisputed facts [ECF Nos. 315, 316]:

### S.D.L.R 7.1(a)(3) Certification

I certify that I, as counsel for Third-Party Plaintiffs, conferred with counsel for third-party defendant Ted Muftic, Benjamin Brodsky, Esq., who stated that Mr. Muftic had no objection to the relief Third-Party Plaintiffs seek in their motion.

*/s/ Lonnie L. Simpson*
Lonnie L. Simpson, Esq., FBN 821871
lsimpson@shutts.com
**SHUTTS & BOWEN LLP**
4301 W. Boy Scout Blvd., Suite 300
Tampa, Florida 33607
Telephone: (813) 229-8900
*Counsel for Third-Party Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on December 15, 2022, I filed the foregoing Amended Local Rule 7.1(a)(3)

Certification for Third-Party Plaintiffs' Motion to Accept Late-filed Opposition to Motion for

Summary Judgment and Statement of Disputed and Undisputed Material Facts with the Clerk of

the Court *via* CM/ECF which will send an electronic notice to counsel of record.

*/s/ Lonnie L. Simpson*
ATTORNEY
