UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-24539-FAM

HAPPY TAX FRANCHISING, LLC and MARIO COSTANZ,

    Plaintiffs,

vs.

JAMEY HILL, THE J L HILL GROUP, LLC,
TRICIA DRAGO, BANYAN ACCOUNTING, LLC,

    Defendants.
_____/
JAMEY HILL, THE JL HILL GROUP, LLC,
TRICIA DRAGO, BANYAN ACCOUNTING, LLC,

    Counterclaim and Third-Party Plaintiffs,

v.

MARIO COSTANZ, HAPPY TAX HOLDINGS CORP., HAPPY TAX FRANCHISING, LLC,
TED MUFTIC, MICHAEL HADZIPANAJOTIS,
and MONICA POIRIER,

    Counterclaim and Third-Party Defendants.
_____/

**NOTICE OF JOINDER IN THIRD-PARTY DEFENDANT TED MUFTIC'S MOTION FOR SUMMARY JUDGMENT [ECF 294]**

    Please take Notice that Counter-Defendants, MARIO COSTANZ and HAPPY TAX FRANCHISING, LLC, and Third-Party Defendant, HAPPY TAX HOLDINGS CORP, hereby joins in and adopts Third-Party Defendant Ted Muftic's Motion for Summary Judgment [ECF 294] as to the arguments and undisputed facts asserted in Section III (general release) and Section IV (statute of limitations).

1

Dated: December 15, 2022       Respectfully submitted,

**HIRZEL DREYFUSS & DEMPSEY, PLLC.**
*Counsel for Plaintiffs/Counter Defendants, Mario Costanz, and Happy Tax Franchising, LLC, And Third-Party Defendant, Happy Tax Holdings Corp*
121 Alhambra Plaza, Suite 1500
Coral Gables, Florida 33134
Telephone: (305) 615-1617
Facsimile: (305) 615-1585

By: */s/ Leon Hirzel*
    **LEON F. HIRZEL**
    Florida Bar No. 085966
    hirzel@hddlawfirm.com
    eservice@hddlawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed on December 15, 2022, via CM-ECF, which will generate a copy of the instant document to all counsels of record.

By: /s/ *Leon Hirzel*
    **LEON HIRZEL**

2