# CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE __**FEDERICO A. MORENO**__ Presiding

Case No. __19-24539-CV-MORENO__   Date: __December 15, 2022__

Clerk: __**Shirley Christie**__   Reporter: __Gilda Pastor-Hernandez__

**Happy Tax Franchising LLC v. The JL Hill Group LLC et al.**


Reason for hearing: __**Status Conference**__


TIME:   2 hours