UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-24539-CIV-MORENO

HAPPY TAX FRANCHISING, LLC,

    Plaintiff,

vs.

THE JL HILL GROUP, LLC, and JAMEY HILL,

    Defendants.
_____/

## **OMNIBUS ORDER**

THIS CAUSE came before the Court upon the status conference in Open Court on December 15, 2022.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that both sides shall file a list of witnesses and exhibits pertinent to the Plaintiff's defamation case against the Defendants by **December 22, 2022 at noon**. The parties shall state whether the witness will appear in person and include a brief statement as to the subject of each witness's testimony. The parties shall also include a separate list of exhibits identifying each exhibit with a brief description. It is also

**ADJUDGED** that for the reasons stated in Open Court on December 15, 2022, the Third-Party Plaintiffs' Motion to Preclude Happy Tax from using any information or witness to supply evidence (D.E. 231), Plaintiffs' Joint Motion for Judgment on the Pleadings (D.E. 234), Defendants' Motion in Limine for Plaintiffs' failure to provide responsive discovery (D.E. 236), Defendants' Motion for Summary Judgment (D.E. 238), the Defendants' Request for Judicial

Notice (D.E. 251), and the Defendants' Motion to Strike (D.E. 269) are DENIED as moot with leave to refile if appropriate. It is also

**ADJUDGED** that the Third-Party Plaintiffs' Motion to Accept Late-Filed Response to Muftic's Motion for Summary Judgment (D.E. 317) is GRANTED.

Magistrate Judge Lauren Louis will continue with the Court's referral of the Third-Party Defendant Michael Hadzipanajotis's Motion for Judgment as a Matter of Law (D.E. 235) and Third-Party Defendant Ted Muftic's Motion for Summary Judgment (D.E. 294) related to the scope of the releases, the statute of limitations, and geographic limitations to the claims. The District Court will rule on all future motions in order to simplify the matters raised in the Court's 90-minute hearing of Thursday December 15, 2022 and to oversee the parties' agreements on procedure. If the parties advise the Court that they elect to proceed before the Magistrate Judge, they shall do so by <u>December 22, 2022</u>.

DONE AND ORDERED in Open Court on December 15, 2022 and signed in Chambers at Miami, Florida, this ___19___ of December 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Magistrate Judge Lauren F. Louis