**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-cv-24539-MORENO/Louis**

HAPPY TAX FRANCHISING, LLC and MARIO
COSTANZ,

       Plaintiffs,

vs.

JAMEY HILL, THE J L HILL GROUP, LLC,
TRICIA DRAGO, BANYAN ACCOUNTING, LLC,

       Defendants.

_____/

JAMEY HILL, THE JL HILL GROUP, LLC,
TRICIA DRAGO, BANYAN ACCOUNTING, LLC,

       Counterclaim and Third-Party Plaintiffs,

v.

MARIO COSTANZ, HAPPY TAX HOLDINGS
CORP., HAPPY TAX FRANCHISING, LLC,
TED MUFTIC, MICHAEL HADZIPANAJOTIS,
and MONICA POIRIER,

       Counterclaim and Third-Party Defendants.

_____/

**<u>NOTICE OF SELECTION OF MEDIATOR</u>**

Plaintiffs/Counter Defendants, MARIO COSTANZ, HAPPY TAX FRANCHISING, LLC, and Third-Party Defendant, HAPPY TAX HOLDINGS CORP, by and through undersigned counsel and pursuant to the Omnibus Order dated November 15, 2022 [DE 324] and Order of Continuance and Order Revising Pretrial Deadlines dated October 17, 2022, [DE 276], hereby give notice that the parties are scheduled to mediate this action on February 10, 2023 before the Honorable John W. Thornton, Jr. (Ret.).

Dated: December 22, 2022               Respectfully submitted,

                                       **HIRZEL DREYFUSS & DEMPSEY, PLLC.**
                                       *Counsel for Plaintiffs/Counter Defendants, Mario*
                                       *Costanz, and Happy Tax Franchising, LLC, And*
                                       *Third-Party Defendant, Happy Tax Holdings Corp*
                                       121 Alhambra Plaza, Suite 1500
                                       Coral Gables, Florida 33134
                                       Telephone: (305) 615-1617
                                       Facsimile: (305) 615-1585

                                       By*:   /s/ Leon Hirzel*
                                             **LEON F. HIRZEL**
                                             Florida Bar No. 085966
                                             hirzel@hddlawfirm.com
                                             eservice@hddlawfirm.com

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that the foregoing document was filed on December 22, 2022,

via CM-ECF, which will generate a copy of the instant document to all counsels of record.


                                       By: */s/ Leon F. Hirzel*
                                             **LEON F. HIRZEL**