UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-cv-24539-FAM

HAPPY TAX FRANCHISING, LLC, *et al.*

    Plaintiffs,

v.

JAMEY HILL, *et al.*,

    Defendants.

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

Defendants Jamey Hill ("Mr. Hill") and Tricia Drago ("Ms. Drago") object to the plaintiffs' defamation claims trial exhibit list [D.E. 330] as follows:

| ID | EXHIBIT NAME | OBJECTIONS[1] |
|----|---|---|
| 1 | Email Drago dated February 14 2018 | NSF, ND, A, R, H |
| 2 | Mario/Tricia Facebook Messenger Exchange | NSF, ND, A, R, H |
| 3 | Randall Emails to Tricia regarding Debt Paydown | NSF, ND, A, R, H |
| 4 | Term Sheet Negotiations for Drago Debt Paydown | NSF, ND, A, R, H |
| 5 | Term Sheet Negotiations for Drago to acquire HT | NSF, ND, A, R, H |
| 6 | Drago Email | NSF, ND, A, R, H |
| 7 | Drago Text Message | NSF, ND, A, R, H |
| 8 | Email chain: Monica Poirer[sic] and Drago | NSF, ND, A, R, H |
| 9 | Email chain: Mario and Tricia | NSF, ND, A, R, H |
| 10 | Poirer[sic] Email | NSF, ND, A, R, H |
| 11 | Costanz email to Drago | NSF, ND, A, R, H |
| 12 | Email from Costanz to Drago | NSF, ND, A, R, H |
| 13 | Class Action Lawsuit | NSF, ND, A, R, H |
| 14 | Text Message from Drago | NSF, ND, A, R, H |
| 15 | Initial Email Sent with Partner List of Questions | NSF, ND, A, R, H |
| 16 | Partner List of Questions | NSF, ND, A, R, H |
| 17 | Email Chain responses to "Partner List of Questions" | NSF, ND, A, R, H |

---

[1] Legend:  **NSF**=Name and description are insufficient to identify document or distinguish from others; **ND**=Not disclosed or produced at any time (Fed.R.Civ.P. 26(d), 37(c)); **A**=Authenticity (Fed.R.Evid. 901); **R**=Relevance (Fed.R.Evid. 401); **H**=Hearsay (Fed.R.Evid. 801); **OD**=Original Documents Rule (Fed.R.Evid. 1002); **F**=Foundation (Fed.R.Evid. 601).

1

| ID | EXHIBIT NAME | OBJECTIONS[1] |
|----|--------------|---------------|
| 18 | Regulator Letter and Attachments | NSF, ND, A, R, H |
| 19 | Protonmail Email 1 sent to 29 people | NSF, ND, A, H |
| 20 | Protonmail Email 2 sent to Knox Wimberly | NSF, ND, A, H |
| 21 | Protonmail Email 3 sent to Knox Wimberly | NSF, ND, A, H |
| 22 | Tuta Email 1 sent to Nathan Pratt | NSF, ND, A, H |
| 23 | Tuta Email 2 to Steven Ibbotson | NSF, ND, A, H |
| 24 | Tuta Email 3 to Steven Ibbotson | NSF, ND, A, H |
| 25 | Hill email terminating his agreements | NSF, ND, A, R, H |
| 26 | Hill letter from Kerry Brennan | NSF, ND, A, R, H |
| 27 | Monica Poirer[sic] Report | NSF, ND, A, R, H |
| 28 | Email Monica Documentation was sent with | NSF, ND, A, R, H |
| 29 | Email from Melissa stating deal terms of Drago | NSF, ND, A, R, H |
| 30 | Email from Drago Sent November 14, 2017 | NSF, ND, A, R, H |
| 31 | Email from Costanz Sent November 14, 2017 | NSF, ND, A, R, H |
| 32 | Drago email Sent December 12, 2017 | NSF, ND, A, R, H |
| 33 | Costanz Email to Poirer[sic] Sent August 14, 2019 | NSF, ND, A, R, H |
| 34 | Monica Poirer[sic] email dated November 16, 2019 | NSF, ND, A, R, H |
| 35 | Alessi Board resolutions | NSF, ND, A, R, H |
| 36 | Email from Alessi dated April 15, 2017 | NSF, ND, A, R, H |
| 37 | Copies of CPA contracts | NSF, ND, A, R, H |
| 38 | Patents filed | NSF, ND, A, R, H |
| 39 | Emails chain among Costanz and franchise counsel | NSF, ND, A, R, H |
| 40 | Costanz email to Mike CPA dated August 21, 2017 | NSF, ND, A, R, H |
| 41 | Costanz Email dated August 5, 2019 | NSF, ND, A, R, H |
| 42 | FASB 45 accounting rules | NSF, ND, A, R, H |
| 43 | Happy Tax Operations manual | NSF, ND, A, R, H, F |
| 44 | Happy Tax Board consents and corporate governance documents | NSF, ND, A, R, H, F |
| 45 | 2015 Audited Financials | NSF, ND, A, R, H |
| 46 | 2016 Audited Financials | NSF, ND, A, R, H |
| 47 | 2017 Audited Financials | NSF, ND, A, R, H |
| 48 | 2018 Audited Financials | NSF, ND, A, R, H |
| 49 | 2019 Audited Financials | NSF, ND, A, R, H |
| 50 | Franchise Disclosure Document | NSF, ND, A, R, H |
| 51 | Franchise Disclosure Document (Area Rep) | NSF, ND, A, R, H |
| 52 | Franchise Disclosure Document | NSF, ND, A, R, H |
| 53 | Franchise Disclosure Document | NSF, ND, A, R, H |
| 54 | Franchise Disclosure Document (Area Rep) | NSF, ND, A, R, H, OD |

| ID | EXHIBIT NAME | OBJECTIONS[1] |
|----|--------------|---------------|
| 55 | Franchise Agreement Dated September 28, 2015 | NSF, ND, A, R, H, OD |
| 56 | Franchise Agreement and Promissory Note Dated July 13, 2017 | NSF, ND, A, R, H, OD |
| 57 | Franchise Agreement dated August 13, 2018 | NSF, ND, A, R, H, OD |
| 58 | Franchise Agreement dated October 20, 2017 | NSF, ND, A, R, H, OD |
| 59 | Franchise Agreement dated December 11, 2017 | NSF, ND, A, R, H, OD |
| 60 | Amendment Agreement 1 signed by Drago | NSF, ND, A, R, H, OD |
| 61 | Amendment Agreement 2 signed by Drago | NSF, ND, A, R, H, OD |
| 62 | Amendment Agreement 3 signed by Drago | NSF, ND, A, R, H, OD |
| 63 | Amendment Agreement 4 signed by Drago | NSF, ND, A, R, H, OD |
| 64 | Amendment Agreement 1 signed by Hill | NSF, ND, A, R, H, OD |
| 65 | Amendment Agreement 2 signed by Hill | NSF, ND, A, R, H, OD |
| 66 | Banyan Accounting LLC SAFEs | NSF, ND, A, R, H, OD |
| 67 | Jamey Hill SAFEs | NSF, ND, A, R, H, OD |
| 68 | Awards Happy Tax won / Articles about HT | NSF, ND, A, R, H |
| 69 | Awards and Recognitions Given To Costanz | NSF, ND, A, R, H |
| 70 | Records reflecting Costanz's investment in Happy Tax | NSF, ND, A, R, H, OD |
| 71 | Monica Proforma | NSF, ND, A, R, H, F |
| 72 | Ted DCF | NSF, ND, A, R, H, F |
| 73 | Experian Valuation | NSF, ND, A, R, H, F |
| 74 | Franchise Fee Revenue Chart | NSF, ND, A, R, H, F |
| 75 | Tax return fee Revenue Chart | NSF, ND, A, R, H, F |
| 76 | Ibbotson Convertible Note for $1,000,000 | NSF, ND, A, R, H, F |
| 77 | Franchisee mutual terminations | NSF, ND, A, R, H |
| 78 | Spreadsheet dated May 17, 2018 | NSF, ND, A, R, H |
| 79 | Email from Ted Muftic May 17, 2018 | NSF, ND, A, R, H, OD |

/s/ Lonnie L. Simpson
Lonnie L. Simpson, Esq., FBN 821871
lsimpson@shutts.com
**SHUTTS & BOWEN LLP**
4301 W. Boy Scout Blvd., Suite 300
Tampa, Florida 33607
Telephone: (813) 229-8900
*Counsel for Defendants*

3

## **CERTIFICATE OF SERVICE**

I certify that on December 27, 2022, I electronically filed the foregoing Defendants' Objections to Plaintiffs' Trial Witness with the Clerk of the Court via CM/ECF which will send an electronic notice to counsel of record.

*/s/ Lonnie L. Simpson*
ATTORNEY